```
TONY LOPRESTI, County Counsel (S.B. #289269)
ROBIN M. WALL, Lead Deputy County Counsel (S.B. #235690)
XAVIER M. BRANDWAJN, Deputy County Counsel (S.B. #246218)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California  95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
```

Attorneys for Defendant
COUNTY OF SANTA CLARA

```
ROBERT TYLER, ESQ
MARIAH GONDEIRO, ESQ
JULIANNE FLEISCHER, ESQ
ADVOCATES FOR FAITH & FREEDOM
25026 Las Brisas Road
Murrieta, California 92562
```

Attorneys for Plaintiffs
CALVARY CHAPEL SAN JOSÉ
and PASTOR MIKE MCCLURE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| CALVARY CHAPEL SAN JOSÉ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SANTA CLARA COUNTY, et al.,<br><br>Defendants. | No. 23CV04277-VC<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT COUNTY OF SANTA CLARA TO RESPOND TO COMPLAINT** |

     Pursuant to Civil Local Rules 6-1(a) and 7-12, Plaintiffs Calvary Chapel San José and Pastor Mike McClure, on one hand, and Defendant County of Santa Clara, on the other hand, by and through their respective counsel of record, hereby stipulate to a 30-day extension on Defendant County of Santa Clara's time to file a responsive pleading to the Complaint. Defendant shall respond to the Complaint no later than October 23, 2023.

**IT IS SO STIPULATED**.

Dated: September 11, 2023

Respectfully submitted,

TONY LOPRESTI
COUNTY COUNSEL

By: */s/ Xavier M. Brandwajn*
XAVIER M. BRANDWAJN
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

Dated: September 11, 2023

By: */s/ Mariah Gondeiro*
ROBERT TYLER
MARIAH GONDEIRO
JULIANNE FLEISCHER
ADVOCATES FOR FAITH & FREEDOM

Attorneys for Plaintiffs
CALVARY CHAPEL SAN JOSÉ
and PASTOR MIKE MCCLURE

## CERTIFICATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that the concurrence of Mariah Gondeiro in the filing of this stipulation has been obtained.

*/s/ Xavier M. Brandwajn*
XAVIER M. BRANDWAJN

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:**

Defendant County of Santa Clara will have until October 23, 2023 to file a responsive pleading to the Complaint in this action.

Dated: _____

_____
THE HONORABLE VINCE CHHABRIA
United States District Judge

2893660