**KAUFMAN DOLOWICH & VOLUCK, LLP**
Aimee G. Hamoy (SBN 221228)
180 Grand Avenue, Ste. 995
Oakland, CA 94612
Telephone: (510) 630-7646
Facsimile: (415) 926-7601
Email: ahamoy@kdvlaw.com
Attorney for Defendant
SAFEGRAPH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVARY CHAPEL SAN JOSE, a California nonprofit corporation; PASTOR MIKE MCCLURE, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>SANTA CLARA COUNTY; and SAFEGRAPH,<br><br>Defendants. | Case No.: 3:23-cv-04277-VC<br><br>**DECLARATION OF AIMEE HAMOY IN SUPPORT OF SPECIALLY-APPEARING DEFENDANT SAFEGRAPH'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE 12(b)(5)** |

1. I, Aimee Hamoy, declare as follows:

2. I am an attorney duly licensed to practice law in the State of California. I am a partner at the law firm of Kaufman, Dolowich, & Voluck, attorneys for specially-appearing Defendant, SafeGraph, Inc. I have personal knowledge of each, and all the facts stated herein, except those stated upon information and belief.

3. Attached as <u>Exhibit A</u> is a true and correct copy of the Proof of Service filed by Plaintiffs Calvary Chapel San Jose and Pastor Mike McClure ("Plaintiffs"). (Dkt. 9)

4. As referenced in Plaintiffs' Proof of Service, Plaintiffs served the Summons and Complaint by delivery to an individual named Samir Buorema at the address 182

Howard St. Ste. 842, San Francisco, CA 94105.

5. Samir Buorema is not an employee, officer, or agent of SafeGraph.

6. SafeGraph does not maintain an office at 182 Howard St. Ste. 842, San Francisco, CA 94105. On information and belief, this address is a UPS location.

7. SafeGraph's principal and mailing address are listed on the California Secretary of State (SOS) website as 1624 Market St. Ste 226, #53755, Denver, CO 80202. Attached as Exhibit B is a true and correct copy of the SOS Business Search webpage for SafeGraph.

8. SafeGraph's designated agent in San Francisco is correctly listed on the SOS website as Auren Hoffman, with a listed address of 3015 Pacific Ave., San Francisco, CA 94115.

9. Plaintiffs did not serve or deliver the Summons and Complaint to SafeGraph's principal and mailing address or to SafeGraph's designated agent.

10. Plaintiffs did not mail the Summons and Complaint with a Notice and Acknowledgement as required by California state law for service by mail.

11. SafeGraph received the Complaint on October 5, 2023, only after SafeGraph contacted the UPS store located at 182 Howard St. Ste. 842, San Francisco, CA 94105.

12. Prior to filing the Motion to Dismiss Pursuant to Rule 12(b)(5), I spoke with Plaintiffs' counsel by telephone on October 4, 2023, in an effort to resolve the service issue by offering a waiver of service if Plaintiffs' counsel would extend the time for SafeGraph to respond to Plaintiffs' Complaint. Plaintiffs' counsel declined the offer, necessitating the filing of the Motion and supporting documents.

13. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Dated:   October 6, 2023                    */s/ Aimee G. Hamoy*
                                            AIMEE G. HAMOY

# Exhibit A

| Attorney or Party without Attorney:<br>Robert Tyler, Esq. (SBN 179572)<br>ADVOCATES FOR FAITH & FREEDOM<br>,<br>*Telephone No:* 951-600-2733<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>CALVARY V. SANTA CLARA | **For Court Use Only** |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* CALVARY CHAPEL SAN JOSE, a California nonprofit corporation; et al.
*Defendant:* SANTA CLARA COUNTY; et al.

| **PROOF OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:23-cv-04277 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Civil Cover Sheet; Complaint; Order Setting Initial Case Management Conference and ADR Deadlines

3. a. Party served: SafeGraph
   b. Person served: Auren Hoffman, Agent for Service of Process

4. Address where the party was served: 182 Howard St Ste. 842, San Francisco, CA 94105

5. I served the party:
   b. **by substituted service.** On: Wed, Aug 30 2023 at: 12:17 PM I left the documents listed in item 2 with or in the presence of: Samir Buorema, Authorized to Accept UPS confirmed box.

   (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) [X] **(Declaration of Mailing)** is attached.
   (5) [ ] **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as occupant.
   d. [X] On behalf of *(specify)*: SafeGraph
      under the following Code of Civil Procedure section:
      [X] 416.10 (corporation)           [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)   [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)       [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)         [ ] 415.46 (occupant)
      [ ] other:



Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE SUMMONS**

9484507
(8731194)
Page 1 of 2

Case 3:23-cv-04277-VCC Document 20-1 Filed 09/05/23 Page 5 of 6

| Attorney or Party without Attorney: Robert Tyler, Esq. (SBN 179572) ADVOCATES FOR FAITH & FREEDOM , Telephone No: 951-600-2733 Attorney For: Plaintiff | Ref. No. or File No.: CALVARY V. SANTA CLARA | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: CALVARY CHAPEL SAN JOSE, a California nonprofit corporation; et al. Defendant: SANTA CLARA COUNTY; et al. | | |
| **PROOF OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number: 5:23-cv-04277 |

Recoverable cost Per CCP 1033.5(a)(4)(B)

7. **Person who served papers**
   a. Name: David Cipres
   b. Address: FIRST LEGAL
      3600 Lime St., Ste. 626
      RIVERSIDE, CA 92501
   c. Telephone number: (951) 779-1110
   d. **The fee** for service was: $85.45
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] a registered California process server:
         (i) [ ] owner   [ ] employee   [X] independent contractor
         (ii) Registration No: 2022-0001510, San Francisco
         (iii) County: San Francisco

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

08/31/2023
(Date)

*David Cipres* (signature)
David Cipres



Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE SUMMONS

9484507
(8731194)
Page 2 of 2

| Attorney or Party without Attorney:<br>Robert Tyler, Esq. (SBN 179572)<br>ADVOCATES FOR FAITH & FREEDOM<br>,<br>Telephone No: 951-600-2733<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>CALVARY V. SANTA CLARA | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |
|---|

| Plaintiff: CALVARY CHAPEL SAN JOSE, a California nonprofit corporation; et al.<br>Defendant: SANTA CLARA COUNTY; et al. |
|---|

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:23-cv-04277 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Civil Cover Sheet; Complaint; Order Setting Initial Case Management Conference and ADR Deadlines

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Wed, Aug 30, 2023
   b. Place of Mailing: RIVERSIDE, CA 92501
   c. Addressed as follows: SafeGraph
   182 Howard St, Ste. 842 San Francisco, CA 94105

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed, Aug 30, 2023 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. Jacquie Warner
   b. **FIRST LEGAL**
   3600 Lime St., Ste. 626
   RIVERSIDE, CA 92501
   c. (951) 779-1110

   d. **The Fee** for Service was: $85.45
   e. I am not: Not a Registered California Process Server

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

08/31/2023                                 _____
(Date)                                     Jacquie Warner



Judicial Council Form                 PROOF OF SERVICE                 9484507
Rule 2.150.(a)&(b) Rev January 1, 2007      BY MAIL                  (8731194)