EXHIBIT 3

JAMES R. WILLIAMS, County Counsel (S.B. #271253)
MELISSA R. KINIYALOCTS, Lead Deputy County Counsel (S.B. #215814)
ROBIN M. WALL, Deputy County Counsel (S.B. #235690)
XAVIER M. BRANDWAJN, Deputy County Counsel (S.B. #246218)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San José Division)

| | |
|---|---|
| CALVARY CHAPEL SAN JOSE, et al., | No. 20-CV-03794 BLF |
| Plaintiffs, | **DISCLOSURE OF PROFESSOR DANIEL E. HO PURSUANT TO FED. R. CIV. P. 26(a)(2)** |
| v. | |
| COUNTY OF SANTA CLARA, | |
| Defendant. | |

**DISCLOSURE OF EXPERT TESTIMONY**

Pursuant to Federal Rule of Civil Procedure 26(a)(2), the County of Santa Clara discloses

Professor Daniel E. Ho as an expert witness who may appear at trial. Pursuant to Rule 26(a)(2)(B),

Prof. Ho's written report is attached hereto.

Prof. Ho has not provided testimony as an expert at trial or in deposition in the previous four

years.

Dated: November 10, 2022
JAMES R. WILLIAMS
COUNTY COUNSEL


By: /s/ Robin M. Wall
ROBIN M. WALL
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

2732335

1

# Expert Witness Report

Calvary Chapel San Jose, et al.

v.

County of Santa Clara, et al.

U.S. District Court, Northern District of California, Case No. 20-CV-03794 (BLF)

Prepared by:

Prof. Daniel E. Ho
Stanford Law School
559 Nathan Abbott Way
Stanford, CA 94305

I, Daniel E. Ho, under penalty of perjury, do hereby declare the following Expert Witness Report to be true and correct to the best of my knowledge:

Executed on November 10, 2022.

_____
DANIEL E. HO

## I. Introduction

I, Daniel E. Ho, declare as follows: I am a professor at Stanford University in Stanford, California. I teach administrative law and statistical inference, and my research principally focuses on quantitative empirical work pertaining to public law. I have authored several peer-reviewed articles conducting primary quantitative data analysis on public health and pandemic response, including the use of mobility data, and regulatory compliance.

In this expert witness report, I begin by summarizing my qualifications, and then outline my opinion about the data on Calvary Chapel's compliance with public health orders.

## II. Qualifications

I provide here an outline of my relevant qualifications.  A recent copy of my curriculum vitae is attached to this declaration as Exhibit A.  A statement of the compensation to be paid in this case is attached as Exhibit B.

I received a B.A. in political science from U.C. Berkeley in 2000 (Phi Beta Kappa), an A.M. and Ph.D. in political science from Harvard University in 2004, and a J.D. from Yale Law School in 2005. My dissertation work focused principally on quantitative methodology. Upon graduating from law school, I served as a law clerk to the Honorable Judge Stephen F. Williams on the U.S. Court of Appeals, District of Columbia Circuit and as post-doctoral fellow at the Institute for Quantitative Social Science at Harvard University.

In 2006, I joined the Stanford Law School faculty as Assistant Professor of Law and was tenured in 2010. I now serve as the William Benjamin Scott and Luna M. Scott Professor of Law, Professor of Political Science, and Senior Fellow at the Stanford Institute for Economic Policy Research. I am also an Associate Director of Stanford's Institute for Human-Centered Artificial Intelligence, a Faculty Fellow at the Center for Advanced Study in the Behavioral Sciences, and the Faculty Director of the Stanford Regulation, Evaluation, and Governance Lab (RegLab), which has worked with the Santa Clara County Public Health Department on pandemic response. My scholarship centers on quantitative empirical legal studies and regulatory policy. I have also taught as Visiting Professor of Law at N.Y.U. School of Law and Maurice R. Greenberg Visiting Professor of Law at Yale Law School.

My research has appeared in numerous law reviews -- including the *Yale Law Journal*, the *Stanford Law Review*, the *N.Y.U. Law Review*, and the *California Law Review* -- and peer-reviewed journals -- including the *Journal of the American Statistical Association*, the *Proceedings of the National Academy of Sciences*, the *American Journal of Public Health*, *JAMA Health Forum*, *Nature Medicine*, the *British Medical Journal*, the *American Statistician*, the

*Quarterly Journal of Political Science*, the *Journal of Empirical Legal Studies*, the *Journal of Legal Studies*, the *Journal of Legal Analysis*, *Political Analysis*, and *Public Opinion Quarterly*.

My research has been awarded numerous prizes, including the Best Empirical Paper Prize from the *American Law and Economics Review*, the Carole Hafner Best Paper Award at International Conference on Artificial Intelligence and Law, the Warren Miller prize for the best paper published in *Political Analysis*, the McGraw-Hill Award for the best paper published by political scientists on law and courts, the Pi Sigma Alpha award for the best paper delivered at the Midwest Political Science Association meeting, and the Robert H. Durr award for the best paper applying quantitative methods to a substantive problem at the Midwest Political Science Association meeting. The work arising out of the RegLab collaboration with the Santa Clara County Public Health Department was awarded the Innovative Practice Gold Award for "the highest level of program innovation" to serve "community during the COVID-19 pandemic" by the National Association of County and City Health Officials.

In 2022, I was appointed by Secretary of Commerce Gina Raimondo to the National Artificial Intelligence Advisory Committee, advising the White House on AI issues. I also serve as an appointed member to the Committee on National Statistics of the National Academies of Sciences, Engineering, and Medicine, and to the Administrative Conference of the United States. Since 2009, I have also served on the Board of Directors for the Society of Empirical Legal Studies, a professional organization that aims to promote empirical work pertaining to law.  I served as President of that organization in 2011-2012, hosting the largest conference dedicated to empirical work in law.  Since 2012, I have been serving as Associate Editor for the *Journal of Empirical Legal Studies* and from 2013-16, I served as co-editor of the *Journal of Law, Economics, and Organization*.

I am also active as a reviewer for many other professional journals and have presented my work and taught empirical methods across a wide variety of settings. In 2015, for instance, I was invited to teach statistics to over 100 district and appellate judges in the Ninth Circuit at their mid-winter workshop. In 2022, I taught about artificial intelligence and machine learning in a lecture series for the federal agency AI Community of Practice, hosted by the General Services Administration.

### III. Opinion on Calvary Chapel Compliance

I now provide an opinion on what mobility data reveals about compliance with Santa Clara County public health orders in response to the COVID-19 pandemic. I first provide background on the rich mobility dataset that has informed public health policy, particularly during the pandemic. I then show what this data reveals about compliance by county businesses and

religious organizations. Last, I show how Calvary Chapel appears to be an outlier, exhibiting far higher visit patterns than other institutions.

A. Mobility Data

The data used to form this opinion come from SafeGraph, a company that aggregates information from 47 million mobile devices across the United States. SafeGraph obtains this data from mobile applications when users have opted in to location tracking. This data was widely used during the pandemic to understand social distancing by public health authorities, including the Centers for Disease Control and Prevention, the California Governor's Office, Los Angeles, San Francisco, San Jose, and Santa Clara County. SafeGraph aggregates information about points-of-interest (POIs), including daily visit counts. In Santa Clara County, the data contains information about 25,765 POIs, including 1,576 religious organizations. I use SafeGraph's research release dataset, which does not provide information about individual users to protect privacy. In 2020, I led a research team that provided mobility insights based on this data to Santa Clara County health officers to inform pandemic response, which also led our team to construct an audit of the data to understand its reliability. The results were published in a peer-review proceeding (Coston et al. 2021), which showed limitations of the data but also confirmed that "SafeGraph data is able to detect broad patterns in movement and visits." We focus on the study period of 1/1/20-2/28/21.

Figure 1 is an aerial image of the location of Calvary Chapel and illustrates how SafeGraph engages in "geofencing" of mobile devices. SafeGraph matches Global Positioning System (GPS) data to individual POIs by using geographic shapefiles to attribute a visit to a location. The red boundary in Figure 1, for instance, depicts the parcel shape of Calvary Chapel of San Jose, 1175 Hillsdale Avenue. The yellow boundaries indicate the specific building shapes. For this analysis, we take the maximum visits from these POIs to provide a best estimate of visits on any given day for Calvary Chapel as a whole. Similarly, for all POIs that Safegraph indicates share a "parent POI", we take the daily maximum of any "child POI" as the visits to the POI as a whole.

Visit data, as documented by Safegraph (SafeGraph 2022), is provided based on a panel of mobile devices (averaging 65,000 unique devices per week in Santa Clara County, population 1.9 million, during the study period). A device must remain within the geofence of a POI for at least four minutes to be counted as a visit. To scale observed visits to the population as a whole, we use a standard method recommended by Safegraph and used by peer-reviewed research (Squire 2020; Chang et al. 2021; Kang et al. 2020; Maldonado et al. 2022), in which we multiply the raw visits by the ratio of total population to Safegraph panel size within each census block group (averaging 35 for the 1,075 census block groups in Santa Clara County). Using scaled visit

4

numbers, we compare Calvary Chapel visits against baseline patterns for the county overall, as well as against all other religious organizations in SafeGraph's dataset.



Figure 1. Two geofences (parcel boundary in red, building footprint in yellow) were used by Safegraph throughout the study period of 1/1/20-2/28/21 to attribute visits to Calvary Chapel of San Jose, 1175 Hillsdale Avenue. On each day, we took the maximum estimated visit count for either footprint. Source: Safegraph.

## B. Baseline Patterns

Figure 2 provides a sense of baseline visit patterns and the effect of the county's shelter-in-place order on mobility. The *x*-axis presents time, with vertical dashes reflecting the March 16, 2020, shelter-in-place order and the July 2, 2020, Risk Reduction Order. The *y*-axis presents the number of visits attributed to a facility, using the aforementioned scaling approach. To account for statistical uncertainty, we plot both the average over time, as well as the 95% confidence bands. The black line plots visits for all county POIs and the blue line plots visits for religious organizations, excluding Calvary Chapel.

What is immediately observable is that the shelter-in-place order dramatically lowered visits across the county in general, as well as for religious institutions. There is a sharp drop in mobility in March 2020, which is corroborated in other peer-reviewed literature (Maldonado et al. 2022; Gatalo et al. 2020). We also observe that for businesses overall, there is a weekly pattern, with lower visits occurring on weekends. We see the reverse for religious institutions, with high visits on weekends reflecting weekend services. In short, the shelter-in-place order is reflected in the dramatic change in mobility in March 2020.



Figure 2. Visit estimates are derived from Safegraph Weekly Patterns data. The time series corresponding to Religious Organizations was created by taking the daily average of all other Safegraph locations in Santa Clara County labeled as Religious Organizations (n = 1,575, excluding Calvary Chapel). The 95% confidence interval is also presented. The time series corresponding to all county Points of Interest was created by taking the daily average of all Safegraph locations in Santa Clara County (n = 25,765). Source: Safegraph.

## C. Calvary Chapel is an Outlier in Visits

While mobility was sharply curtailed across the County, that was not the case for Calvary Chapel. Figure 3 overlays the visit patterns from Calvary Chapel. As before, the black and blue lines indicate all county POIs and all other religious institutions, respectively. The brown line plots visit patterns for Calvary Chapel. Two patterns emerge. First, while Calvary's visit patterns also drop immediately after the shelter-in-place order was issued, visit patterns start to increase in May 2020, nearing the pre-pandemic baseline visits levels of Calvary. Second, after July 2020, we observe much sharper peaks associated with weekend services and visits to Calvary grow substantially, exceeding pre-pandemic weekend visits. The highest estimated daily visit count pre-pandemic was 670, compared to 1700 in early 2021. This stands in sharp contrast to the average patterns across all other religious institutions, which remain stable and substantially below the pre-pandemic visit levels for the entire observation period.

While mobile device estimates are subject to estimation uncertainty and potential coverage gaps, the fact that these patterns are so persistent week-after-week confirms that these are not statistical flukes. Based on mobility data and consistent with ongoing violations that I understand were observed by the County, Calvary Chapel exhibited unusual and high visit patterns.

6



Figure 3. Visit estimates are derived from Safegraph Weekly Patterns data. The time series corresponding to Calvary Chapel was created by taking the maximum daily visit count attributed to either the parcel or building footprint at 1175 Hillsdale Avenue, San Jose. The time series corresponding to Religious Organizations was created by taking the daily average of all other Safegraph locations in Santa Clara County labeled as Religious Organizations (n = 1,575, excluding Calvary Chapel). The time series corresponding to All County Points of Interest was created by taking the daily average of all Safegraph locations in Santa Clara County (n = 25,765). Daily new COVID-19 cases in Santa Clara County, with a 7-day moving average, are also presented. Source: Safegraph, Santa Clara County.

To test this formally, Figure 4 presents a simple outlier analysis. We plot the distribution (histograms) of average weekend visits for all religious institutions available in the county. We plot these for three periods: the pre-pandemic period from January 1 to March 15, 2020 (top panel); the period between the shelter-in-place order and the Risk Reduction Order from March 16, 2020 to July 1, 2020 (middle panel); and the period from July 2, 2020 to February 28, 2021 (bottom panel). The vertical line indicates the average weekend visit counts for Calvary. While Calvary exhibits more average visits than other religious institutions pre-pandemic (94.2% percentile rank, $p$-value = 0.1) – indicating that it is a large congregation – it grows to become a highly statistically significant outlier during the pandemic. It ranks in the top percentile of religious institutions experiencing visits after the shelter-in-place order (99.3% percentile rank, $p$-value < 0.01) and exhibits the second highest average weekend visits (estimated to be 1,100) of any religious institution in the period after the Risk Reduction Order (99.9% percentile rank, $p$-value < 0.01).



Figure 4. Three histograms of average weekend visits to Safegraph locations in Santa Clara County labeled as Religious Organizations (n = 1,576), summarized in three different periods: before the shelter-in-place order, 1/1/20-3/15/20 (top panel); between the shelter-in-place order and the risk-reduction order, 3/16/20-7/1/20 (middle panel); and after the risk-reduction order 7/2/20-2/28/21 (bottom panel). The vertical lines correspond to the average weekend visits for Calvary Chapel of San Jose during that time period.

\* \* \* \*

In sum, the analysis of rich mobility data – relied upon extensively across public health departments – shows that the visit patterns to Calvary Chapel were extreme and higher than other religious institutions in the County. Given available knowledge about the spread of COVID-19 in indoor spaces with unmasked activity (e.g., signing), there were strong reasons to believe that Calvary posed an unusually high risk.

# References

Chang, Serina, Emma Pierson, Pang Wei Koh, Jaline Gerardin, Beth Redbird, David Grusky, and Jure Leskovec. 2021. "Mobility Network Models of COVID-19 Explain Inequities and Inform Reopening." *Nature* 589 (7840): 82–87. https://doi.org/10.1038/s41586-020-2923-3.

Coston, Amanda, Neel Guha, Derek Ouyang, Lisa Lu, Alexandra Chouldechova, and Daniel E. Ho. 2021. "Leveraging Administrative Data for Bias Audits: Assessing Disparate Coverage with Mobility Data for COVID-19 Policy." In *Proceedings of the 2021 ACM Conference on Fairness, Accountability, and Transparency*, 173–84.

Gatalo, Oliver, Katie Tseng, Alisa Hamilton, Gary Lin, and Eili Klein. 2020. "Associations between Phone Mobility Data and COVID-19 Cases." *The Lancet Infectious Diseases* 0 (0). https://doi.org/10.1016/S1473-3099(20)30725-8.

Kang, Yuhao, Song Gao, Yunlei Liang, Mingxiao Li, Jinmeng Rao, and Jake Kruse. 2020. "Multiscale Dynamic Human Mobility Flow Dataset in the U.S. during the COVID-19 Epidemic." *Scientific Data* 7 (1): 390. https://doi.org/10.1038/s41597-020-00734-5.

Maldonado, Peter, Angie Peng, Derek Ouyang, Jenny Suckale, and Daniel E. Ho. 2022. "Science Translation During the COVID-19 Pandemic: An Academic-Public Health Partnership to Assess Capacity Limits in California." *American Journal of Public Health* 112 (2): 308–15. https://doi.org/10.2105/AJPH.2021.306576.

SafeGraph. 2022. "Weekly Patterns Documentation." 2022. https://docs.safegraph.com/docs/weekly-patterns.

Squire, Ryan. 2020. "Google Colaboratory." Advanced Methods for Correlating SafeGraph Patterns With Other Datasets Across Time. July 2020. https://colab.research.google.com/drive/1LgAFBCaEih8YVb9oXVn5B0X42dXoBxPN?usp=sharing#scrollTo=B_dNARQFd50D.

# Exhibit A

# DANIEL E. HO

559 Nathan Abbott Way • Stanford, CA 94305 • (650) 723-9560 • dho@law.stanford.edu

**ACADEMIC POSITIONS:**

**Stanford University**, Stanford, CA
William Benjamin Scott and Luna M. Scott Professor of Law, Stanford Law School (2015--)
Professor of Political Science (2019--)
Senior Fellow, Stanford Institute for Economic Policy Research (2016--)
Faculty Director, Regulation, Evaluation, and Governance Lab (RegLab) (2018--)
Associate Director, Stanford Institute for Human-Centered Artificial Intelligence (2019--)
Faculty Affiliate, Stanford Woods Institute for the Environment (2019--)

| | |
|---|---|
| Prior positions: | Professor of Law (2010-15) |
| | Associate Professor of Law (2009-10) |
| | Assistant Professor of Law (2006-09) |
| | Robert E. Paradise Faculty Fellow for Excellence in Teaching and Research (2007-15) |
| | Professor of Political Science (by courtesy) (2017-19) |
| | |
| Teaching: | Administrative Law \| Statistical Inference in Law \| Legal Studies Workshop \| Food Law and Policy \| Administrative and Regulatory State \| Law, Bias, and Algorithms \| Law and Politics of Bureaucracy \| Policy Practicum: Diversity and Inclusion in Legal Education \| Policy Practicum: Administering by Algorithm – Artificial Intelligence in the Administrative State \| Policy Practicum: Creating a Social Media Oversight Board for Content Decisions \| Policy Practicum: Developing Best Practices for Clean Water Act Enforcement \| Policy Practicum: Creating a National Research Cloud |
| | John Bingham Hurlbut Award for Excellence in Teaching (2010) |
| | |
| Internal service: | Faculty Advisory Board, Stanford Impact Labs (2019--) |
| | Appointments Committee (Chair 2014-15 (laterals), Chair 2013-14, Member 2010-11) |
| | Deanship Search Committee (2012, 2018-19) |
| | Working Group on Diversity and Inclusion (2018) |
| | Clerkship Committee (2006-10) |
| | Design Team, Social Problem-Solving (Stanford Impact Labs) Initiative (2018-19) |
| | Faculty Advisory Council, Women in Data Science (WiDS) Initiative (2020--) |
| | Joint Degree Committee (2019--) |
| | Diversity, Equity, and Inclusion Committee (Chair 2021-22, political science) |
| | |
| External service: | Co-Editor, *Journal of Law, Economics, and Organization* (2013-16) |
| | President (2011-2012), Board of Directors (2009--), Treasurer (2016--), Society for Empirical Legal Studies |
| | Associate Editor, *Journal of Empirical Legal Studies* (2012--) |
| | Member, Scientific Advisory Board, Max Planck Institute for Research on Collective Goods (2018-24) |

**Center for Advanced Study in the Behavioral Sciences**, Stanford, CA
Faculty Fellow (2017--)

**M.I.T. Jameel Poverty Action Lab (J-PAL)**, Cambridge, MA
Affiliated Professor (2021--)

**University of Notre Dame**, Wilson Sheehan Lab for Economic Opportunities, Notre Dame, IN
Faculty Affiliate (2019--)

**Yale Law School**, New Haven, CT
Maurice R. Greenberg Visiting Professor of Law (Spring 2012)

**New York University School of Law**, New York, NY
Visiting Professor of Law (Fall 2011)

**University of Chicago**, Becker Friedman Institute for Research in Economics, Chicago, IL
Visiting Scholar (Spring 2016)

## PUBLIC SERVICE / ADVISORY PANELS:

**National Artificial Intelligence Advisory Committee**, Washington, DC (2022--)
MEMBER. Advising White House National AI Initiative Office on AI policy.

**U.S. Department of Labor**, Washington, DC (2022--)
SENIOR ADVISOR ON RESPONSIBLE AI. Advising Department of Labor on AI Strategic Plan.

**Committee on National Statistics (CNSTAT)**, National Academies of Sciences, Engineering, and Medicine,
Washington, DC (2022--)
MEMBER. Advising on the federal statistical system and methods for public policy.

**Administrative Conference of the United States**, Washington, DC (2021--)
PUBLIC MEMBER. Developing recommendations improvements to administrative process and procedure.

## EDUCATION:

**Yale Law School**, New Haven, CT
<u>J.D.</u>, 2005
Honors:      Benjamin Scharps Prize for best paper by third-year student
             John M. Olin Fellow in Law, Economics, and Public Policy
Activities:  *Yale Law Journal*, Editor
             *Yale Journal of International Law*, Editor
             Asia Law Forum, Executive Board

**Harvard University**, Cambridge, MA
<u>Ph.D.</u> in Government, 2004
<u>A.M.</u> in Government, 2004
Honors:        Raymond Vernon Prize Fellow in Government
               Justice, Welfare, and Economics Dissertation Fellowship
               Center for American Political Studies Research Seed Grant
Dissertation:  *Causal Inference in Political Science and Law*
Committee:     Gary King (Chair), Jim Alt, Ian Ayres, Kevin Quinn

**University of California - Berkeley**, Berkeley, CA
<u>B.A.</u>, Highest Honors, Political Science, 2000
Honors:      Phi Beta Kappa
             Political Science Departmental Citation & Valedictorian
             Owen D. Young Prize in International Relations
             Bennett Essay Prize in Political Science
             Edward Frank Kraft Scholarship Prize
             Best Paper Prize, Politica

Best Paper Prize, Rice University Political Science Undergraduate Research Conference

**CLERKSHIP:**

**Judge Stephen F. Williams**, United States Court of Appeals, District of Columbia Circuit (2005-06)

**OTHER AWARDS:**

**Best Empirical Paper Prize,** *American Law and Economics Review*, for "Mandatory Retirement and Age, Race, and Gender Diversity of University Faculties" (2021) (with Oluchi Mbonu and Anne McDonough).

**Innovative Practice Gold Award** for Santa Clara County Public Health Department & RegLab collaboration for "the highest level of program innovation" to serve "community during the COVID-19 pandemic," National Association of County and City Health Officials (NACCHO) (2022).

**Sustainability Accelerator Award**, Stanford University, for Addressing Blind Spots in Environmental Justice: The Central Valley as a Proof of Concept (2022) (with Jenny Suckale, Gabrielle Wong-Parodi, and Jens Hainmueller).

**Housing Policy Innovation in Small and Midsize Cities Award**, NYU Furman Center & Robert Wood Johnson Foundation, for Modernizing Code Enforcement using Remote Sensing (2022).

**Responsible Investing Initiative Grant Award**, Stanford University, for Assessing the Integrity of Sustainability Reporting Using EPA Microdata (2022) (with Colleen Honigsberg).

**Carole Hafner Best Paper Award** at International Conference on Artificial Intelligence and Law (2021) (with Lucia Zheng, Neel Guha, Peter Henderson, and Brandon Anderson).

**Honorable Mention**, **Best Paper** at ACM COMPASS (2021) (with Caleb Robinson, Anthony Ortiz, Juan Lavista Ferres, and Brandon Anderson).

**New America Public Interest Technology University Network Challenge Grant** for public sector accountability standards (2021).

**Office of Community Engagement**, Stanford University, Seed Grant for Improving COVID-19 Contact Tracing and Outbreak Detection (2021) (with Derek Ouyang and Jenny Suckale).

**Water Funder Initiative** for CAFO Mapping and Improving Pollutant Discharge Monitoring (2021).

**Stanford Impact Labs** funding for Modernizing Environmental Enforcement and Governance: An Impact Partnership for Clean Water (with Elinor Benami, Colleen Honigsberg, Rosemary Knight, Deborah Sivas, and Jenny Suckale) (2020).

**Arnold Ventures** grant for Building a Fairer and More Effective Tax Enforcement System (with Jacob Goldin) (2020).

**Grace Communications Foundation** grant for research on environmental sustainability (2020).

**Stanford RISE Seed Grant**, Stanford RISE COVID-19 Crisis Response Faculty Seed Grant Program, for "Supporting Fair and Effective Social Distancing and Phased Reopening in San Jose" (with Jenny Suckale) (2020).

**Realizing Environmental Innovation Grant**, Stanford Woods Institute for the Environment, for Artificial Intelligence for Clean Water Enforcement (with Jenny Suckale) (2020).

**Hoffman-Yee Research Grant**, Stanford Institute for Human-Centered Artificial Intelligence, for Reinventing Tax Administration with Artificial Intelligence (with Jacob Goldin, Guido Imbens, Jure Leskovec, Rebecca Lester, and Anne Joseph O'Connell) (2020).

**Schmidt Futures** gift for Artificial Intelligence for Clean Water (2020).

**Center for a Livable Future** grant for Remote Sensing of CAFO Locations to Assess the Effect of California's Restriction of Antibiotics for Livestock Growth Promotion (2020).

**Laura and John Arnold Foundation** grant for "A Randomized Controlled Trial of Transportation Subsidies to Reduce Failure to Appear for Pretrial Release" (2019) (with Matthew Freedman and David Phillips).

**Honorable Mention, Best Poster**, The Web Conference (2019) (with Kristen Altenburger).

**Stanford Institute for Human-Centered Artificial Intelligence** seed grant for Administering by Algorithm (with David Freeman Engstrom and Mariano-Florentino Cuéllar, 2019)

**Grace Communications Foundation** grant for work on Clean Water Act (2018).

**National Science Foundation** award for research on media and the courts, co-sponsored by Program on Law and Social Science and Program on Methodology, Measurement, and Statistics (with Kevin Quinn, 2008-10)

**Warren Miller Prize** for the best paper published in *Political Analysis*, Society of Political Methodology and Oxford University Press (with Kosuke Imai, Gary King & Elizabeth A. Stuart, 2007-08)

**McGraw-Hill Award** for the best paper published by political scientists on law and courts (with Lee Epstein, Gary King & Jeff Segal, 2006)

**Pi Sigma Alpha Award** for best paper delivered at Midwest Political Science Association meeting (with Lee Epstein, Gary King & Jeff Segal, 2004)

**Robert H. Durr Award** for best paper applying quantitative methods to substantive problem at Midwest Political Science Association meeting (with Lee Epstein, Gary King & Jeff Segal, 2004)

**Honorable Mention, American Judicature Society Award** for the best paper on law and courts presented at national and regional political science conference (with Lee Epstein, Gary King & Jeff Segal, 2005)

**Honorable Mention, Law and Society Article Award** for exceptional scholarship in sociolegal studies for article published in previous two years (with Lee Epstein, Gary King & Jeff Segal, 2006)

**Vice Provost for Undergraduate Education Faculty Grant for Undergraduate Research**, Stanford University (2008)

**Fast Breaking Paper** for largest percentage increase in citations among top 1% of all articles in social science in last two years, Essential Science Indicators, Thomson Reuters (with Kosuke Imai, Gary King & Elizabeth A. Stuart, 2008)

**ACADEMIC PUBLICATIONS:**

*Pile of Law: Learning Responsible Data Filtering from the Law and a 256GB Open-Source Legal Dataset*, NEURIPS (2022) (with Peter Henderson, Mark S. Krass, Lucia Zheng, Neel Guha, Christopher D Manning, and Dan Jurafsky).

*Beyond Ads: Sequential Decision-Making Algorithms in Law and Public Policy*, ACM CSLAW (2022) (with Ben Chugg, Peter Henderson, and Brandon Anderson).

*Detecting Environmental Violations with Satellite Imagery in Near Real Time: Land Application under the Clean Water Act*, ACM INFO. & KNOWLEDGE MNGMT. (2022) (with Ben Chugg, Nicolas Rothbacher, Alex Feng, and Xiaoqi Long).

*Mapping Industrial Poultry Operations at Scale with Deep Learning and Aerial Imagery*, 15 IEEE J. SELECTED TOPICS APPLIED EARTH OBSERVATIONS & REMOTE SENSING 7458 (2022) (with Caleb Robinson, Ben Chugg, Brandon Anderson, and Juan Lavista Ferres).

*Advances, Challenges and Opportunities in Creating Data for Trustworthy AI*, NATURE MACHINE INTELLIGENCE (2022) (with Weixin Liang, Girmaw Abebe Tadesse, Li Fei-Fei, Matei Zaharia, Ce Zhang, and James Zou).

*Integrating Reward Maximization and Population Estimation: Sequential Decision-Making for Internal Revenue Service Audit Selection*, ARXIV (with Peter Henderson, Ben Chugg, Brandon Anderson, Kristen Altenburger, Alex Turk, John Guyton, and Jacob Goldin).

*Outsider Oversight: Designing a Third Party Audit Ecosystem for AI Governance*, ACM AI, ETHICS & SOC'Y (2022) (with Inioluwa Deborah Raji, Peggy Xu, and Colleen Honigsberg).

*Can Transportation Subsidies Reduce Failures to Appear in Criminal Court? Evidence from a Pilot Randomized Controlled Trial*, 216 ECON. LETTERS 110540 (2022) (with Rebecca Brough, Matthew Freedman, and David C. Phillips).

*Algorithmic Fairness and Vertical Equity: Income Fairness with IRS Tax Audit Models*, ACM FAccT 1479 (2022) (with Emily Black, Hadi Elzayn, Alexandra Chouldechova, and Jacob Goldin).

*Executive Control of Agency Adjudication: Capacity, Selection and Precedential Rulemaking*, J.L. ECON. & ORG. (2024, forthcoming) (with David Hausman, Mark Krass, and Anne McDonough).

*Designing Accountable Healthcare Algorithms*, N. ENGL. J. MED. CATALYST (2022) (with Lisa Lu, Alexis D'Agostino, Sarah L. Rudman, and Derek Ouyang).

*Quality Assurance for Agency Adjudication*, in A GUIDE TO FEDERAL AGENCY ADJUDICATION (Graboyes ed. 3d ed. 2022, forthcoming) (with David Marcus, Austin Peters, and Gerald Ray).

*A Language Matching Model to Improve Equity and Efficiency of COVID-19 Contact Tracing*, 118 PNAS e2109443118 (2021) (with Lisa Lu, Benjamin Anderson, Raymond Ha, Alexis D'Agostino, Sarah L. Rudman, and Derek Ouyang).

*Science Translation During the COVID-19 Pandemic: An Academic-Public Health Partnership to Assess Capacity Limits in California*, 112 AM. J. PUB. HEALTH 308 (2022) (with Peter Maldonado, Angie Peng, Derek Ouyang, and Jenny Suckale).

*Evaluation of Allocation Schemes of COVID-19 Testing Resources in a Community-Based Door-to-Door Testing Program*, JAMA HEALTH FORUM e212260 (2021) (with Ben Chugg, Lisa Lu, Derek Ouyang, Benjamin Anderson, Raymond Ha, Alexis D'Agostino, Anandi Sujeer, Sarah L. Rudman, and Analilia Garcia).

BUILDING A NATIONAL AI RESEARCH RESOURCE: A BLUEPRINT FOR THE NATIONAL RESEARCH CLOUD, HAI WHITE PAPER (2020) (with Jen King, Russell Wald, and Chris Wan).

*Enhancing Environmental Enforcement with Near Real-Time Monitoring: Likelihood-Based Detection of Structural Expansion of Intensive Livestock Farms*, 103 INT'L J. APPLIED EARTH OBS. & GEOINFORMATION 102364 (2021) (with Ben Chugg, Brandon Anderson, Seiji Eicher, and Sandy Lee).

*Stanford RegLab – Santa Clara County: Academic-Public Health Collaboration for Rapid Evidence Building*, *in* BUILD ME THE EVIDENCE (Tamar Bauer ed. 2021) (with Sara H. Cody).

*Improving the Reliability of Food Safety Disclosure: Restaurant Grading in Seattle-King County*, 84 J. ENVTL. HEALTH 30 (2021) (with Zoe C. Ashwood and Becky Elias).

*Temporal Cluster Matching for Change Detection of Structures from Satellite Imagery*, ACM COMPASS 138 (2021) (with Caleb Robinson, Anthony Ortiz, Juan M. Lavista Ferres and Brandon Anderson).

*Artificial Intelligence for Adjudication: The Social Security Administration and AI Governance*, OXFORD HANDBOOK ON AI GOVERNANCE (Justin Bullock, Baobao Zhang, Yu-Che Chen, Johannes Himmelreich, Matthew Young, Antonin Korinek & Valerie Hudson eds. 2022, forthcoming) (with Kurt Glaze, Gerald Ray, and Christine Tsang).

*When Does Pretraining Help? Assessing Self-Supervised Learning for Law and the CaseHOLD Dataset of 53,000+ Legal Holdings*, ICAIL '21 159 (2021) (with Lucia Zheng, Neel Guha, Peter Henderson, and Brandon Anderson).

*Context-Aware Legal Citation Recommendation using Deep Learning*, ICAIL '21 79 (2021) (with Zihan Huang, Charles Low, Mengqiu Teng, Hongyi Zhang, Mark Krass, and Matthias Grabmair).

*How Medical AI Devices Are Evaluated: Limitations and Recommendations from An Analysis of FDA Approvals*, 27 NATURE MED. 582 (2021) (with Eric Wu, Kevin Wu, Roxana Daneshjou, David Ouyang, and James Zou).

*Disparate Limbo: How Administrative Law Erased Antidiscrimination*, 131 YALE L.J. 370 (2021) (with Cristina Isabel Ceballos and David Freeman Engstrom).

*Mandatory Retirement and Age, Race, and Gender Diversity of University Faculties*, 23 AM. L. & ECON. REV. 100 (2021) (with Oluchi Mbonu and Anne McDonough).

*Brevity, Speed, and Deference: An Account from the Williams Chambers*, 38 YALE J. REG. 745 (2021) (with David Hausman and Anne Joseph O'Connell).

*How U.S. Law Will Evaluate Artificial Intelligence for Covid-19*, 372 BMJ n.234 (2021) (with Mark Krass, Peter Henderson, Michelle Mello, and David Studdert).

*Leveraging Administrative Data for Bias Audits: Assessing Disparate Coverage with Mobility Data for COVID-19 Policy*, ACM FACCT 173 (2021) (with Amanda Coston, Neel Guha, Derek Ouyang, Lisa Lu, and Alexandra Chouldechova).

*The Distributive Effects of Risk Prediction in Environmental Compliance: Algorithmic Design, Environmental Justice, and Public Policy*, ACM FACCT 90 (2021) (with Elinor Benami, Reid Whitaker, Vincent La, Hongjin Lin, and Brandon R. Anderson).

*Affirmative Algorithms: The Legal Grounds for Fairness as Awareness*, U. CHI. L. REV. ONLINE (2020) (with Alice Xiang).

*Evaluating Facial Recognition Technology: A Protocol for Performance Assessment in New Domains*, 98 DENV. L. REV. 753 (2021) (with Maneesh Agrawala, Emily Black and Li Fei-Fei).

*Feasible Policy Evaluation by Design: A Randomized Synthetic Stepped-Wedge Trial in King County*, 44 EVALUATION REV. 3 (2020) (with Becky Elias and Cassandra Handan-Nader).

*Menu Labeling, Calories, and Nutrient Density: Evidence from Chain Restaurants*, 15 PLOS ONE e0232656 (2020) (with Oluchi Mbonu, Anne McDonough and Rebecca Pottash).

*The Effectiveness of a Neighbor-to-Neighbor Get-Out-the-Vote Program: Evidence from the 2017 Virginia State Elections*, J. EXPERIMENTAL POL. SCI. 1 (2021) (with Cassandra Handan-Nader, Alison Morantz and Tom Rutter).

GOVERNMENT BY ALGORITHM: ARTIFICIAL INTELLIGENCE IN FEDERAL ADMINISTRATIVE AGENCIES, REPORT FOR THE ADMINISTRATIVE CONFERENCE OF THE UNITED STATES (2020) (with David Freeman Engstrom, Mariano Florentino Cuéllar and Catherine M. Sharkey).

*Improving Scientific Judgments in Law and Government: A Field Experiment of Patent Peer Review*, 17 J. EMPIRICAL LEGAL STUD. 190 (2020) (with Lisa Larrimore Ouellette).

*Algorithmic Accountability in the Administrative State*, 37 YALE J. REG. 800 (2020) (with David Freeman Engstrom).

*Artificially Intelligent Government: A Review and an Agenda*, in BIG DATA LAW 57 (Roland Vogl ed. 2020) (with David Freeman Engstrom).

*Deep Learning with Satellite Imagery to Enhance Environmental Enforcement*, in DATA SCIENCE APPLIED TO SUSTAINABILITY ANALYSIS 205 (Jennifer B. Dunn & Prasanna Balaprakash eds. 2020) (with Cassandra Handan-Nader and Larry Y. Liu).

*Due Process and Mass Adjudication: Crisis and Reform*, 72 STAN. L. REV. 1 (2020) (with Cassandra Handan-Nader, David Ames, and David Marcus).

*Quality Review of Mass Adjudication: A Randomized Natural Experiment at the Board of Veterans Appeals, 2003-16*, 35 J.L. ECON. & ORG. 239 (2019) (with Cassandra Handan-Nader, David Ames, and David Marcus).

*Deep Learning to Map Concentrated Animal Feeding Operations*, 2 NATURE SUSTAINABILITY 298 (2019) (with Cassandra Handan-Nader).

*Is Yelp Actually Cleaning Up the Restaurant Industry? A Re-Analysis on the Relative Usefulness of Consumer Reviews*, PROC. WEB CONF. (2019) (with Kristen M. Altenburger).

*Making Street-Level Bureaucracy Work: Safer Food in Seattle and King County*, in EVIDENCE WORKS: CASES WHERE EVIDENCE MEANINGFULLY INFORMED POLICY (Nick Hart & Meron Yohannes eds. 2019) (with Becky Elias).

*New Evidence on Information Disclosure through Restaurant Hygiene Grading*, 11 AM. ECON. J.: ECON. POL'Y 404 (2019) (with Zoe C. Ashwood and Cassandra Handan-Nader).

*When Algorithms Import Private Biases into Public Enforcement: The Promise and Limitations of Statistical De-Biasing Solutions*, 175 J. INST'L THEOR'L ECON. 98 (2019) (with Kristen M. Altenburger).

*Do Checklists Make a Difference? A Natural Experiment from Food Safety Enforcement*, 15 J. EMPIRICAL LEGAL STUD. 1 (2018) (with Sam Sherman and Phil Wyman).

*Judging Statistical Criticism*, 4 OBSERVATIONAL STUD. 42 (2018).

*Does Peer Review Work? An Experiment of Experimentalism*, 69 STAN. L. REV. 1 (2017).

*Managing Street-Level Arbitrariness: The Evidence Base for Public Sector Quality Improvement*, 13 ANN. REV. L. SOC. SCI. 251 (with Sam Sherman) (John Hagan ed., 2017).

*Equity in the Bureaucracy*, 7 IRVINE L. REV. 401 (2017).

*New Measurement Technologies: A Review and Application to Nuremberg and Justice Jackson*, *in* OXFORD HANDBOOK OF LAW AND THE JUDICIARY 508 (Lee Epstein & Stefanie A. Lindquist eds., 2017) (with Michael Morse).

*Testing the Marketplace of Ideas*, 90 N.Y.U. L. REV. 1160 (2015) (with Fred Schauer).

*Randomizing . . . What? A Field Experiment of Child Access Voting Laws*, 171 J. INST'L THEOR'L ECON. 150 (2015).

*Does Class Size Affect the Gender Gap? A Natural Experiment in Law*, 43 J. LEGAL STUD. 291 (2014) (with Mark G. Kelman).

*Foreword: Conference Bias*, 10 J. EMPIRICAL LEGAL STUD. 603 (2013).

*Introduction: The Empirical Revolution in Law*, 65 STAN. L. REV. 1195 (2013) (with Larry Kramer).

*Do Police Reduce Crime? A Reexamination of a Natural Experiment*, *in* EMPIRICAL LEGAL ANALYSIS: ASSESSING PERFORMANCE OF LEGAL INSTITUTIONS (Yun-chien Chang ed. 2013) (with John J. Donohue III and Patrick Leahy).

*Fudging the Nudge: Information Disclosure and Restaurant Grading*, 122 YALE L.J. 574 (2012).

*Credible Causal Inference for Empirical Legal Studies*, *in* 7 ANN. REV. L. SOC. SCI. 17 (John Hagan ed., 2011) (with Donald B. Rubin).

*MatchIt: Nonparametric Preprocessing for Parametric Causal Inference*, 42 J. STAT'L SOFTWARE 1 (2011) (with Kosuke Imai, Gary King, and Elizabeth A. Stuart).

*Did a Switch in Time Save Nine?* 2 J. LEGAL ANALYSIS 69 (2010) (with Kevin M. Quinn).

*Did Liberal Justices Invent the Standing Doctrine? An Empirical Study of the Evolution of Standing, 1921-2006*, 62 STAN. L. REV. 591 (2010) (with Erica L. Ross).

*How Not to Lie with Judicial Votes: Misconceptions, Measurement, and Models*, 98 CAL. L. REV. 813 (2010) (with Kevin M. Quinn).

*Reconciling Punitive Damages Evidence: Comment*, 166 J. INST'L THEOR'L ECON. 27 (2010).

*Measuring Agency Preferences: Experts, Voting, and the Power of Chairs*, 59 DEPAUL L. REV. 333 ("Rising Stars" Clifford Symposium, 2010).

*Viewpoint Diversity and Media Consolidation: An Empirical Study*, 61 STAN. L. REV. 781 (2009) (with Kevin M. Quinn), *reprinted in* FIRST AMENDMENT HANDBOOK (Rodney A. Smolla ed., forthcoming, 2010).

*The Role of Theory and Evidence in Media Regulation and Law: Response to Baker and a Defense of Empirical Legal Studies*, 61 FED. COMM. L.J. 673 (2009) (with Kevin M. Quinn).

*Evaluating Course Evaluations: An Empirical Analysis of a Quasi-Experiment at the Stanford Law School*, 2000-2007, 58 J. LEGAL EDUC. 388 (2009) (with Timothy H. Shapiro).

*Measuring Explicit Political Positions of Media*, 4 Q.J. POL. SCI. 353 (2008) (with Kevin M. Quinn).

*Estimating Causal Effects of Ballot Order from a Randomized Natural Experiment: The California Alphabet Lottery, 1978-2002*, 72 PUB. OPINION Q. 216 (2008) (with Kosuke Imai).

*Improving the Presentation and Interpretation of Online Ratings Data with Model-based Figures*, 62 AM. STAT. 279 (2008) (with Kevin M. Quinn).

*Matching as Nonparametric Preprocessing for Reducing Model Dependence in Parametric Causal Inference*, 15 POL. ANALYSIS 199 (2007) (with Kosuke Imai, Gary King, and Elizabeth A. Stuart), *reprinted in* QUANTITATIVE RESEARCH IN POLITICAL SCIENCE (Robert J. Franzese ed., 2015).

*The Impact of Damage Caps on Malpractice Claims: Randomization Inference with Difference-in-Differences*, 4 J. EMPIRICAL LEGAL. STUD. 69 (2007) (with John J. Donohue III).

*Randomization Inference with Natural Experiments: An Analysis of Ballot Effects in the 2003 California Recall Election*, 101 J. AM. STAT. ASS'N 888 (2006) (with Kosuke Imai).

*The Effect of War on the Supreme Court, in* PRINCIPLES AND PRACTICE OF AMERICAN POLITICS (Samuel Kernell and Steven S. Smith eds., 3d ed. 2006) (with Lee Epstein, Gary King, and Jeffrey A. Segal).

*Why Affirmative Action Does Not Cause Black Students to Fail the Bar*, 114 YALE L.J. 1997 (2005).

*Affirmative Action's Affirmative Actions: A Reply to Sander*, 114 YALE L.J. 2011 (2005).

*The Supreme Court During Crisis*, 80 N.Y.U.L. REV. 1 (2005) (with Lee Epstein, Gary King, and Jeffrey A. Segal).

*Compliance with International Soft Law: Why Do Countries Implement the Basle Accord?*, 5 J. INT'L ECON. L. 647 (2002).

## OTHER PUBLICATIONS:

*Improving the Quality of Mass Justice*, REGULATORY REVIEW (2022) (with David Marcus and Gerald K. Ray).

Op-Ed, *Do we really want Facebook and Amazon to rule AI?*, THE HILL (2021) (with Russell Wald and Jen King).

*Domain Shift and Emerging Questions in Facial Recognition Technology*, HAI POLICY BRIEF (2020) (with Emily Black, Maneesh Agrawala, and Li, Fei-Fei).

*AI's Promise and Peril for the U.S. Government*, HAI POLICY BRIEF (2020) (with David Freeman Engstrom, Catherine M. Sharkey, and Mariano-Florentino Cuéllar).

*Budgeting Diversity*, BOSTON REV. (2020) (with Oluchi Mbonu and Anne McDonough).

*Prioritizing Public Health Resources for Covid Investigations: How Administrative Data Can Protect Vulnerable Populations*, HEALTH AFFAIRS BLOG (2020) (with Mark Krass and Peter Henderson).

Op-Ed, *What To Do About Artificially Intelligent Government*, THE HILL (2020) (with David Freeman Engstrom, Catherine M. Sharkey, and Mariano-Florentino Cuéllar).

Policy Brief, *Innovations for Environmental Compliance: Emerging Evidence and Opportunities*, Stanford Institute for Economic Policy Research (2020) (with Elinor Benami and Anne McDonough).

*Artificial Intelligence and Food Safety: Hype and Reality*, FOOD SAFETY MAG. (2019) (with Kristen M. Altenburger).

*Behind the Paper: Deep Learning to Map Concentrated Animal Feeding Operations*, NATURE SUSTAINABILITY BLOG (2019) (with Cassandra Handan-Nader).

Op-Ed, *When the VA Misrepresents Performance, Veterans Suffer*, THE HILL (2019) (with David Marcus).

Op-Ed, *Can Silicon Valley Save Food Safety? Not So Fast*, FOOD SAFETY N. (2019) (with Kristen M. Altenburger).

*What Statistics Can't Tell Us in the Fight over Affirmative Action at Harvard*, BOSTON REV. (2019) (with Andrew Gelman and Sharad Goel).

*Do Checklists Make a Difference?*, CATO Research Brief in Economic Policy (2018) (with Sam Sherman and Phil Wyman).

Op-Ed, *Buyer Beware: With Disclosure, You Get What You Pay For*, DAILY J., Feb. 22, 2017.

Op-Ed, *Why Grading Restaurants on a Curve is Good for Consumers*, SEATTLE TIMES, Jan. 25, 2017.

*Government Under Review: Could Peer Review for Public Servants Make the Law More Consistent?*, BOSTON REV., June 17, 2016 (with Becky Elias).

Op-Ed, *Improve Restaurant Report Cards*, N.Y. TIMES, Mar. 7, 2012.

*Designing Information Disclosure*, 38 ADMIN. L. & REG'Y L. N. 13 (2012).

*Does Media Consolidation Stifle Viewpoints?  How the Supreme Court Can Provide an Answer*, STAN. LAWYER (2008) (with Kevin M. Quinn).

Book Note, *Establishing the Supremacy of European Law: The Making of an International Rule of Law in Europe*, 27 YALE J. INT'L L. 466 (2002).

Book Note, *International Monetary Law: Issues for the New Millennium*, 27 YALE J. INT'L L. 223 (2001).

Book Note, *The Tiananmen Papers*, 26 YALE J. INT'L L. 541 (2001).

*The European Court of Justice: Expanding the Time Horizon of the Legal Integration Debate*, 6 POLITICA: J. POL. SCI. 14 (2000).

*The Market Transition of East Germany: Model or Mezzogiorno?*, 24 HEMISPHERES 52 (2000).

*History, Normality, and the New Right in Germany: Can the Past be Forgotten?*, 24 BERKELEY UNDERGRADUATE J. 113 (1999).

**AMICUS BRIEF:**

*Fisher v. University of Texas, et. al*, No. 11-345 (with Don Rubin, Guido Imbens, Gary King, Dick Berk, Ian Ayres, Jim Greiner, Kevin Quinn, Rick Brooks, Paul Oyer, and Rick Lempert).

**INVITED PRESENTATIONS, LECTURES, AND WORKSHOPS** (since 2019)

Artificial Intelligence and Government, 40th Annual Course of the International Association of Law Libraries (2022).

Keynote Panel with Condoleezza Rice & Francis Fukuyama, "Democracy in a World of AI-Fueled Disinformation and Digital Authoritarianism," Stanford HAI Congressional Boot Camp on Artificial Intelligence (2022).

Artificial Intelligence in Government, AI 101 Lecture Series, General Services Administration (2022).

Unbreaking Bureaucracy, Rotary Club of Palo Alto (2022).

Panelist, Building Social Science into the Foundation of AI Practice, Center for Advanced Study in the Behavioral Sciences (2022).

AI Innovation in Federal Government, National Academies of Sciences, Engineering, and Medicine, Workshop to Support EPA's Development of Human Health Assessments (2022).

AI Innovation in Federal Government: Institutional Culture and Academic-Agency Partnerships, Partnership for Public Service (2022).

Keynote Speaker, The Importance of Public Sector AI, Symposium on Artificial Intelligence and the Economy: Charting a Path for Responsible and Inclusive AI, U.S. Department of Commerce (2022).

Modernizing Tax Administration: AI, Efficiency, and Equity, Berkeley Law and Economics Workshop (2022) (with Jacob Goldin).

Community Catalyst Talk, Stanford High Performance Computing – Artificial Intelligence Conference (2022).

AI Keynote Panelist, Artificial Intelligence: Bridging Law and Technology, Notre Dame Law School (2022).

Artificial Intelligence Opportunities for Tax Administration, Internal Revenue Service (2022).

Empirical Legal Studies with Legal Text Analytics, CS + Law Research Series, Northwestern University Law and Engineering Schools (2022).

Administrative Law's Racial Blind Spot, Race and Regulation Lecture Series, Penn Program on Regulation (2022).

Evidence Matters, King County & University of Notre Dame Wilson Sheehan Lab for Economic Opportunities (2022).

Maximize Reward and Maintain a Population Estimate: A Structured Bandit Approach for Internal Revenue Service Audit Selection, IRS-Urban-Brookings Tax Policy Center Research Conference (2022).

Deciding When and How to Use AI in Government, Canada School of Public Service & Schwartz Reisman Institute for Technology and Society (2021).

Computer Vision for the Environment, Stanford Computer Vision Lab (2021) (with Brandon Anderson).

Reconciling Risk Allocation and Prevalence Estimation in Public Health Using Batched Bandits, NeurIPS 2021 Workshop on Machine Learning in Public Health (2021) (with Ben Chugg).

Beyond Ads: Sequential Decision-Making Algorithms in Public Policy, NeurIPS 2021 Workshop on Causal Inference Challenges (2021) (with Ben Chugg, Peter Henderson, and Brandon Anderson).

Workshop on Data-Centric AI, Stanford HAI (2021).

What Makes Algorithms Fair and Accountable? Concepts & Practice, Data Journalism DC (2021).

Technology and AI to Scale Public-Private Partnerships, Creating Social Change Through Public-Private Partnerships, University of Chicago (2021).

A Blueprint for a National Research Cloud, Stanford HAI Seminar (2021).

Policy Workshop on AI Explainability, Partnership for Public Service and Woodrow Wilson Center (2021).

Sustainability Speaker Series, Stanford Woods Institute (2021).

Stanford Biomedical Informatics Research Colloquium (2021).

Foundation Models for Law & The Law of Foundation Models: A U.S. Perspective, Workshop on Foundation Models, Stanford HAI (2021).

Simons Institute, Theory of Computing for Fairness Seminar (2021) (with Alice Xiang).

Distinguished Speaker Series, Stanford Parents Club (2022).

International Conference on Artificial Intelligence and Law (2021).

Responsible Computing Research: Ethics and Governance of Computing Research and its Applications, National Academies of Sciences, Engineering, and Medicine (2021).

AI and Remote Sensing for Environmental Compliance, Office of Enforcement and Compliance Assurance, Environmental Protection Agency (2021).

Understanding and Improving Machine Learning Applications for High-Stakes Scenarios, Placekey Seminar (2021).

The Rise of AI in Federal Agencies, *Administrative Law Review* Symposium, American University Washington College of Law (2021).

Door-to-Door Covid-19 Testing: The Stanford-Santa Clara Partnership, Community Health Symposium, Stanford Medicine (2021).

Artificial Intelligence for Clean Water: Mapping Intensive Livestock Farms, Law, Ethics, and Animals Program Seminar, Yale Law School (2021).

New Directions for Inspections - Prioritizing Inspections via Predictive Analytics & Leveraging Remote Inspections to Assess Compliance, Environmental Council of the States (2020).

Responsible Use of Facial Recognition Technology, Ministry for Legal Protection, The Netherlands (2021).

Keynote speaker, AI in Government: An Academic-Public Health Partnership for Equitable Covid-19 Response, Symposium on Equity and AI, USC Center for Artificial Intelligence in Society (2021).

Evaluating Facial Recognition Technology, Technology Law and Policy Colloquium: Data, Algorithms, and Platforms, Georgetown Law School (2021).

Symbolic Systems Program Forum, Stanford University (2021).

Healthcare Panel, Journal of Science and Technology Law Symposium, Boston University (2021).

Affirmative Algorithms: The Legal Grounds for Fairness as Awareness, Theory of Computing for Fairness Seminar (2021).

Mandatory Retirement and the Diversity of University Faculties, Law and Economics Workshop, ETH Zurich and University of Zurich (2021).

Innovating AI Governance: Shaping the Agenda for a Responsible Future, Rockefeller Foundation, Center for Advanced Study in the Behavioral Sciences at Stanford University, and Schwartz Reisman Institute for Technology and Society, University of Toronto (2020).

Toward a Decision Support System for Veterans Adjudication, CodeX, Stanford Center for Legal Informatics (2020).

Use of AI in the Public Domain and Implications for the Law, Athens Roundtable: Artificial Intelligence and the Rule of Law (2020).

Artificial Intelligence for Clean Water, Johns Hopkins Center for a Livable Future (2020).

Stanford Public Interest Technology Lab (2020).

Evaluating Facial Recognition Technology, Governance Workshop on Transparency and Privacy, Sturm College of Law – University of Denver (2020).

Regulation and Artificial Intelligence: Breakthroughs and Barriers for Industry, Stanford HAI (2020).

All Hands On Deck: Veterans Justice Imperative, Georgetown Center on National Security and the Law and Veterans Consortium (2020).

Identifying Criteria Auditors Can Use in Assessing AI Systems; Issues and Challenges in Auditing AI Systems in the Public Sector; Comptroller General's Forum on AI Audit Standards, Government Accountability Office (2020).

Algorithmic Accountability in the Administrative State, Faculty Workshop, Stanford Law School (2020).

Regulators Workshop: Assessing and Managing Risks with the use of Artificial Intelligence, Stanford HAI (2020).

Using Mobile and Administrative Data to Support Social Distancing and Reopening, Emergency Operations Center, Santa Clara County (2020).

Evaluating Facial Recognition Technology, Georgetown Technology Law and Policy Colloquium (2020).

Facial Recognition Technology, Measurement & Regulation Workshop, Stanford HAI (2020).

Symposium on Federal Agency Adjudication, Administrative Conference of the United States (2020).

Machine Learning and Predictive Analytics in Environmental Protection, Environmental Council of the States (2020).

An Active Learning Approach for Discovering Tax Misreporting, Joint Statistical Meetings (2020).

Workshop on Technology Expertise in Law and Policy, Berkeley Center for Law and Technology (2020).

AI for Government, AI for Good Seminar, Institute for Computational and Mathematical Engineering, Stanford University (2020).

Reducing Significant Noncompliance with Machine Learning, National Compliance Initiative Symposium, Environmental Protection Agency (2020).

International Congress for the Governance of AI, Stanford Workshop (2020).

Artificial Intelligence in Administrative Adjudication, American Bar Association Administrative Law Conference (2019).

Mapping Intensive Livestock Farms for Clean Water Act Monitoring, Advancing Strategies for a Better Food Future, Stanford Food Institute (2019).

AI in Government, Ethics, Policy & Governance Conference, Stanford Institute for Human-Centered Artificial Intelligence (2019).

AI in Government, Artificial Intelligence Salon, Stanford University.

Mandatory Retirement and the Diversity of University Faculties, Berkeley Law Faculty Workshop (2019).

Mapping Intensive Livestock Farms for Clean Water Act Monitoring, Google Geo for Good Summit (2019).

**OTHER PRESENTATIONS:**

Law and Society Association (2002, 2005); American Law and Economics Association (2005, 2007); Canadian Law and Economics Association (2002); American Political Science Association (2004, 2005, 2007); Midwest Political Science Association (2004, 2005, 2007, 2009); Society of Political Methodology (2003, 2004); Harvard Political Economy Workshop (2002, 2003); Harvard Econometrics Workshop (2003, 2004); Harvard Applied Statistics Workshop (2003); Harvard Political Psychology and Behavior Workshop (2004); Olin Fellow Workshop, Yale Law School (2001, 2004); Georg Walter Leitner Seminar in Political Economy, Yale University (2005); Junior Empirical Legal Scholarship Conference, Cornell University (2006); RAND Institute for Civil Justice-Journal of Empirical Legal Studies Conference (2006); Stanford Social Lab (2006); Empirical Law and Economics Seminar, Florida State University (2007); Boalt Hall Administrative Law Junior Scholar Conference (2007); Northwestern Law School Law and Economics Seminar (2007); Columbia University Law and Economics Seminar (2007); University of Chicago Law and Economics Seminar (2008, 2016); Harvard Public Law and Political Economy Conference (2008); Federal Communications Commission (2008); Conference of Empirical Legal Studies (2007, 2008, 2009, 2010, 2011, 2013, 2014, 2016, 2017, 2019); Searle Law and Political Economy Colloquium, Northwestern Law School (2008); University of Pennsylvania Law and Economics Seminar (2008); Harvard Political Institutions and

Economic Policy (2008); "Rising Stars" Clifford Symposium on Tort Law and Social Policy, DePaul   University (2009); University of Virginia Law and Economics Colloquium (2009); Center for the Study of Law and Society, School of Law, University of California-Berkeley (2009); Conference on Positive Political Theory and the Law, W. Allen Wallis Institute of Political Economy, University of Rochester (2009); Conference on Public Law and Political Economy, University of Chicago (2009); International Seminar on the New Institutional Economics, Max Planck Institute (2009, 2014); Faculty Workshop, Loyola Law School, Los Angeles (2009); Law, Economics, and Organization Workshop, Yale Law School (2009); Faculty Workshop, University of Connecticut Law School (2009); Law, Economics, and Organizations Seminar, UCLA Law School (2009); Center for Empirical Research in the Law, Washington University in St. Louis (2009); Joint Legal Theory and Public Law Workshop, Columbia Law School (2010); Center for Advanced Study in the Behavioral Sciences Workshop (2010, 2019); Roundtable on Guidelines for Observational Studies, Fordham University School of Law (2010); Judicial Behavior Workshop, Northwestern & University of Chicago Law Schools (2010); Panels on the Past, Present and Future of Interdisciplinary Legal Education & Empirical Legal Scholarship, AALS Annual Meeting (2011); Faculty Workshop and Public Law Workshop, University of Minnesota Law School (2011); Faculty Workshop, Pepperdine University – School of Law (2011); Workshop, Loyola University Chicago (2011); Seminar, Public Law Center, National Taiwan University School of Law (2011); International Conference on Empirical Studies of Judicial Systems, Academia Sinica, Taiwan (2011); Faculty Workshop, Cardozo School of Law (2011); Faculty Workshop, New York University School of Law (2011); Faculty Workshop, Yale Law School (2012); Faculty Workshop, Cornell Law School (2012); Administrative Law Roundtable, Columbia Law School (2012); Workshop and Lecture Series in Law and Economics, ETH Zurich, University of Zurich, University of St. Gallen & University of Lucerne (2012); Law and Economics Seminar, Harvard Law School (2012); Center for Law and Social Science, University of Southern California (2013); Conference on Global Food Law, University of Washington (2013); University of Colorado Law School, Faculty Colloquium (2014); Center for the Study of Politics, Law, and Economics, Emory University (2014); Faculty Workshop, Duke Law School (2014); Testing the Constitution Conference, University of Chicago Law School (2014); Center for Law, Business and Economics Colloquium, University of Texas School of Law (2014); Works-in-Progress Faculty Workshop, George Washington University Law School (2014); Faculty Workshop, University of Kansas School of Law (2015); UC Davis School of Law (2015); Law and Economics Workshop, University of Michigan Law School (2015); University of Tulsa College of Law Faculty Colloquy (2015); University of California, Irvine Symposium on Food Equity (2016); National Environmental Health Association Annual Conference (2016); University of Arizona College of Law (2016); RAND Statistics Group Seminar (June 2016); Faculty Workshop, Harvard Law School (2017); Faculty Workshop, UC Irvine School of Law (2018); Faculty Workshop, Northwestern Pritzker School of Law (2018); Center for the Study of the Administrative State, Antonin Scalia Law School (2018, 2019); Munro Distinguished Lecture, Stanford University (2018); Lightning Talk, Launch of Stanford Institute for Human-Centered Artificial Intelligence (2019); Stanford Colloquium on Machine Learning and Causal Inference (2019); The Web Conference (2019); Rigorous Policy Pilots Workshop, Partnership for Public Service (2019); Administrative Conference of the United States (2019).

**SOFTWARE:**

MATCHIT: Nonparametric Preprocessing for Parametric Causal Inference (2004) (with Kosuke Imai, Gary King, and Elizabeth A. Stuart).

Ratings: Statistical and graphical tools for ordinal ratings data (2008) (with Kevin M. Quinn).

QuantileGradeR: Quantile-Adjusted Restaurant Grading (2017) (with Zoe C. Ashwood).

**OTHER TEACHING:**

**Ninth Circuit / Federal Judicial Center Mid-Winter Workshop, Tucson, AZ**        January 2015
SPEAKER.  Taught introductory statistics session to over 100 district and appellate judges in the Ninth Circuit.

**Northwestern University Law School,** Chicago, IL                August 2011
INSTRUCTOR.  Co-taught course on research design for causal inference (hosted by Bernie Black and Mathew McCubbins, with Alberto Abadie, Joshua Angrist, Ted Eisenberg, and Guido Imbens).

**Harvard Law School,** Cambridge, MA                Summer 2002
INSTRUCTOR.  Designed and taught course in applied econometrics to group of faculty.

**Harvard University,** Cambridge, MA                Fall 2003
TEACHING FELLOW.  Assisted teaching graduate course in quantitative methods on robust estimation.

**OTHER EXPERIENCE:**

**U.S. Department of Justice, Civil Rights Division**, Washington, DC        2021-22
CONSULTANT.  Provided consulting services on artificial intelligence and civil rights.

**Administrative Conference of the United States**, Washington, DC        2020-2021
CONSULTANT.  Consulted on artificial intelligence in government and quality assurance in adjudication.

**Tennessee Attorney General's Office**, Nashville, TN                June 2015-July 2016
EXPERT WITNESS.  Drafted expert report on voting rights case and testified in trial.

**Paul, Weiss, Rifkind, Wharton & Garrison**, Hong Kong, China / New York, NY        Summers 2001-02
SUMMER ASSOCIATE.  Conducted litigation research, and drafted M&A documents and client memoranda.

**Yale Center for Studies in Law, Economics, and Public Policy**, New Haven, CT        Summers 2001, 2004
OLIN SUMMER FELLOW.  Conducted research on election law and voting reform.

**PROFESSIONAL ACTIVITIES AND MEMBERSHIPS:**

Academic Consultative Group to the Council on Federal Agency Adjudication for the Administrative Conference of the United States (2020--)

Area Chair (2021), Program Committee (2019), ACM Conference on Fairness, Accountability, and Transparency

Program Committee, AAAI/ACM Conference on Artificial Intelligence, Ethics, and Society (2021)

Social Science One, North American Advisory Committee (2018 )

Committee on Research (2012--), AALS; Executive Committee (2010--), Chair (2013-2014), AALS Law and Social Science Section

Reviewer, *Quarterly Journal of Economics*, *American Political Science Review*, *Science*, *PNAS*, NeurIPS, Nature *Sustainability, Journal of Law, Economics, and Organization*, *Journal of Law and Economics*, *Journal of Legal Studies*, *American Law and Economics Review*, *Review of Economics and Statistics*, *RAND Journal of Economics*, *Journal of Empirical Legal Studies*, *Review of Law and Economics*, *Journal of Economic Literature*, *American Journal of Political Science, Quarterly Journal of Political Science*, *Journal of Politics*, *Political Analysis*, *Journal of the Royal Statistical Society*, *Jurimetrics*, *Public Opinion Quarterly*, *Law &*

*Society Review*, *Law & Social Inquiry*, *Sociological Methods and Research*, *American Journal of Public Health*, *JAMA Health Forum*, *Journal of Policy Analysis and Management*, *Journal of Health Economics*, *National Tax Journal*, *International Organization*, *Oxford Economic Papers, International Studies Quarterly, Encyclopedia of Social Measurement*, *Political Science Research and Methods*, *Review of International Studies*, *Political Research Quarterly*, *Political Studies*, *Oxford University Press (Law Section), Aspen Publishers: Law and Business, International Journal of Constitutional Law*, *Nuffield Foundation*, *Evaluation Review*, *Artificial Intelligence and Law*, NSF Time-sharing Experiments for the Social Sciences, Harvard-Stanford International Junior Faculty Forum; Israel National Science Foundation I-CORE program, Conference on Fairness, Accountability, and Transparency.

Research Steering Committee, Future Bay Initiative (2019--)

Organizer, Stanford Law School Junior Scholars in Public Law and Political Economy Conference (2010)

Member, American Political Science Association, American Statistical Association, Midwest Political Science Association, American Law and Economics Association, Society for Empirical Legal Studies

# Exhibit B

**Exhibit B**

I am being compensated for my time in this case at a rate of $800/hour.  I have been assisted in the preparation of this report by my colleague at Stanford's Regulation, Evaluation, and Governance Lab (RegLab), Derek Ouyang, who is the RegLab's Research Manager.  Mr. Ouyang is being compensated for his time at a rate of $200/hour.  Neither of us have a financial interest in the outcome of this litigation. In addition, our compensation in this engagement is not dependent in any way on the outcome of this litigation or the substance of my opinions described herein.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSÉ DIVISION)

### PROOF OF SERVICE BY ELECTRONIC MAIL

*Calvary Chapel San Jose, et al. v. Sara H. Cody, M.D., et al.*    Case No.:  20-CV-03794 BLF

I, Avril D'Souza, declare:

I am now and at all times herein mentioned have been over the age of eighteen years,

employed in Santa Clara County, California, and not a party to the within action or cause; that my

business address is 70 West Hedding Street, East Wing, 9th Floor, San José, California 95110-1770.

My electronic service address is: avril.dsouza@cco.sccgov.org. On **November 10, 2022**, I

electronically served copies of the following:

**DISCLOSURE OF PROFESSOR DANIEL E. HO PURSUANT TO FED. R. CIV. P. 26(A)(2)**

to the people listed below at the following electronic service address:

| | |
|---|---|
| Dean Robert Broyles, Esq.<br>dbroyles@nclplaw.org | Mariah Rose Gondeiro<br>mgondeiro@faith-freedom.com<br>mgondeiro@tylerbursch.com |
| Scott James Street<br>sstreet@jwhowardattorneys.com | skenney@tylerbursch.com<br>skenney@faith-freedom.com |
| Nathan Wesley Kellum<br>nkellum@crelaw.org<br>dphillips@crelaw.org | Kristina Heuser:<br>kheuser@tylerbursch.com |
| | Robert Henry Tyler<br>btyler@faith-freedom.com<br>nhiguera@tylerbursch.com<br>spadilla@tylerbursch.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing

is true and correct, and that this declaration was executed on **November 10, 2022** in San José,

California

*/s/ Avril D'Souza*
Avril D'Souza