TONY LOPRESTI, County Counsel (S.B. #289269)
ROBIN M. WALL, Lead Deputy County Counsel (S.B. #235690)
XAVIER M. BRANDWAJN, Deputy County Counsel (S.B. #246218)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900

Attorneys for Defendant
COUNTY OF SANTA CLARA

ROBERT TYLER, ESQ
MARIAH GONDEIRO, ESQ
JULIANNE FLEISCHER, ESQ
ADVOCATES FOR FAITH & FREEDOM
25026 Las Brisas Road
Murrieta, California 92562

Attorneys for Plaintiffs
CALVARY CHAPEL SAN JOSÉ
and PASTOR MIKE MCCLURE

AIMEE G. HAMOY, ESQ.
KAUFMAN DOLOWICH & VOLUCK
180 Grand Avenue, Suite 995
Oakland, CA 94612
Telephone: 510-630-7646

Attorneys for Defendant
SAFEGRAPH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San José Division)

| | |
|---|---|
| CALVARY CHAPEL SAN JOSÉ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SANTA CLARA COUNTY, et al.,<br><br>Defendants. | No. 23CV04277 VC<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT; AND ~~[PROPOSED]~~ ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Calvary Chapel San José and Pastor Mike McClure (collectively, "Plaintiffs"), Defendant County of Santa Clara ("County"), and Defendant SafeGraph ("SafeGraph"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS Plaintiffs filed their Complaint in this action on August 22, 2023 (ECF 1);

WHEREAS on September 12, 2023, the Court entered an order approving a stipulation to extend the County's time to respond to the Complaint (ECF 19);

WHEREAS on October 19, 2023, Plaintiffs filed a Notice of Acknowledgement of Receipt of Summons and Complaint with respect to SafeGraph, pursuant to which SafeGraph's deadline to respond to the Complaint is December 18, 2023 (ECF 23);

WHEREAS on October 23, 2023, the County filed a Motion to Dismiss (ECF 25);

WHEREAS on October 27, 2023, Plaintiffs filed a First Amended Complaint (ECF 27) against the County, SafeGraph, and a new defendant, Daniel E. Ho ("Ho"), who was a retained expert witness in Plaintiffs' pending but stayed case against the County, *Calvary Chapel San Jose, et al. v. County of Santa Clara*, No. 5:20-cv-03794-BLF (N.D. Cal.);

WHEREAS on October 30, 2023, the Court issued a Summons as to Ho (ECF 29);

WHEREAS the Office of the County Counsel is currently in the process of determining whether it will represent Ho and accept service of process on his behalf;

WHEREAS the parties agree that the interests of judicial efficiency and economy would be served by coordinating all defendants' responses to the First Amended Complaint;

NOW, THEREFORE, Plaintiffs, the County, and SafeGraph hereby stipulate to, and ask the Court to order, the following:

1. The County and SafeGraph shall respond to the First Amended Complaint no later than December 18, 2023.

2. Assuming that the Office of the County Counsel is able to confirm, in the near future, its representation of Ho, December 18, 2023 shall also be Ho's last day to respond to the First Amended Complaint.

3. The County and SafeGraph currently anticipate responding to the First Amended Complaint by motion pursuant to Federal Rule of Civil Procedure 12.  All motions by the County, SafeGraph, and (if applicable) Ho shall be heard on February 15, 2024.  In view of the intervening holidays, Plaintiffs' oppositions shall be filed no later than January 15, 2024.  Defendants' replies shall be filed no later than January 29, 2024.

4. Because one defendant remains unserved and the complaint has recently been amended, the Initial Case Management Conference currently scheduled for December 1, 2023 shall be CONTINUED to March 1, 2024.

**IT IS SO STIPULATED.**

Respectfully submitted,

TONY LOPRESTI
County Counsel

Dated: November 3, 2023

By: */s/ Xavier M. Brandwajn*
XAVIER M. BRANDWAJN
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

Dated: November 3, 2023

By: */s/ Mariah Gondeiro*
ROBERT TYLER
MARIAH GONDEIRO
JULIANNE FLEISCHER
ADVOCATES FOR FAITH & FREEDOM

Attorneys for Plaintiffs
CALVARY CHAPEL SAN JOSÉ
and PASTOR MIKE MCCLURE

Dated: November 3, 2023

By: */s/ Aimee G. Hamoy*
AIMEE G. HAMOY
KAUFMAN DOLOWICH

Attorneys for Defendant
SAFEGRAPH

**CERTIFICATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that the concurrence of Mariah Gondeiro and Aimee Hamoy in the filing of this stipulation has been obtained.

*/s/ Xavier M. Brandwajn*
XAVIER M. BRANDWAJN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 9, 2023

THE HONORABLE VINCE CHHABRIA
United States District Judge

2925396

4

Joint Stipulation for Extension of Time for Defendants to Respond to First Amended Complaint; and [Proposed] Order

23CV04277 VC