1  **KAUFMAN DOLOWICH, LLP**
   AIMEE G. HAMOY (CA SBN 221228)
2  180 Grand Avenue, Suite 995
   Oakland, California 94612
3  Telephone: (510) 634-7640
4  Facsimile: (415) 926-7601
   E-mail: ahamoy@kaufmandolowich.com
5
   Attorneys for Defendant
6  SAFEGRAPH, INC.

7

8

9                    **IN THE UNITED STATES DISTRICT COURT**

10                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

12 | CALVARY CHAPEL SAN JOSE, et al.,           ) Case No.: 23CV04277 VC
                                                )
13 |                    Plaintiffs,              ) **[PROPOSED] ORDER GRANTING**
                                                ) **DEFENDANT SAFEGRAPH INC.'S EX**
14 |     v.                                     ) **PARTE APPLICATION TO EXTEND THE**
                                                ) **TIME TO FILE A REPLY TO**
15 | SANTA CLARA COUNTY, et al.,                ) **PLAINTIFFS' RESPONSE IN**
                                                ) **OPPOSITION TO SAFEGRAPH'S**
16 |                    Defendants.              ) **MOTION TO DISMISS**
                                                )
17                                              )
                                                )
18                                              )
                                                ) Judge: Hon. Vince Chhabria
19                                              ) Courtroom: Courtroom 4-17th Floor
                                                )
20                                              )
                                                )

21 ─────────────────────────────────

22
        Defendant, SafeGraph, Inc.'s ("SafeGraph"), Ex Parte Application to Extend the Time to File
23
   a Reply to Plaintiffs' Opposition to SafeGraph's Motion to Dismiss came on for ex parte review
24
   before this Court. The Court having read and considered SafeGraph's moving papers, and any
25
   opposing papers, and good cause appearing that Defendant SafeGraph and Defendant County should
26

27

28
                                                  - 1 -

be granted an extension of time in light of the circumstances, orders that SafeGraph's Application is GRANTED.

Defendants' Replies to Plaintiffs' Opposition to Defendants' Motions to Dismiss is due: February 5, 2024. ~~The hearing on Defendants' Motions to Dismiss currently scheduled for February 15, 2024 is continued to~~ February 22, 2024.

IT IS SO ORDERED.

Dated:   January 29, 2024

_____
HONORABLE VINCE CHHABRIA