UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVARY CHAPEL SAN JOSE, et al., <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>SANTA CLARA COUNTY, et al., <br><br>　　　　　Defendants. | Case No. 23-cv-04277-VC <br><br> **ORDER STAYING CASE** |

For the reasons given at today's hearing, this case is stayed pending the appeal in *Calvary Chapel San Jose v. Cody*, No. 20-cv-3794-BLF (N.D. Cal.).

**IT IS SO ORDERED.**

Dated: February 15, 2024

VINCE CHHABRIA
United States District Judge