Robert Tyler, Esq. CA Bar No. 179572
btyler@faith-freedom.com
Julianne Fleischer, Esq. CA Bar No. 337006
jfleischer@faith-freedom.com
ADVOCATES FOR FAITH & FREEDOM
25026 Las Brisas Road
Murrieta, California 92562
Telephone:   (951) 600-2733
Facsimile:    (951) 600-4996

Attorneys for Plaintiffs **Calvary Chapel San Jose**
 **and Pastor Mike McClure**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALVARY CHAPEL SAN JOSE**, a California Non-Profit Corporation; **PASTOR MIKE MCCLURE**, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>**SANTA CLARA COUNTY;** and **SAFEGRAPH;**<br><br>Defendants. | Case No.: 3:23-cv-04277-VC<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE THE HEARING DATE ON DEFENDANT SAFEGRAPH'S MOTION FOR RELIEF FROM ORDER FOR STAY; [PROPOSED] ORDER** |

## STIPULATION

Plaintiffs Calvary Chapel San Jose and Pastor Mike McClure ("Plaintiffs") and Defendant SafeGraph ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, submit the following Stipulation and Joint Request to Continue the Hearing Date on Defendant SafeGraph's Motion for Relief from Order for Stay and all Related Deadlines, pursuant to Northern District of California Local Rules 6-1(b) and 7-12.

This stipulation is entered into based on the following facts:

---

STIPULATION AND JOINT REQUEST TO CONTINUE THE HEARING DATE ON
DEFENDANT SAFEGRAPH'S MOTION FOR RELIEF FROM ORDER OF STAY; [PROPOSED]
ORDER

1. Defendant filed and served its Motion for Relief from Order of Stay ("Motion") on May 6, 2024.

2. The hearing on Defendant's Motion in this matter is currently scheduled for June 6, 2024 (the "Hearing Date").

3. Pursuant to Civil L.R. 7-2(a), all motions must be filed, served, and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after filing of the motion.

4. The current Hearing Date is out of compliance with local rules, as the hearing is scheduled 30 days after the filing of the Motion.

5. The Parties met and conferred and agreed that a continuance of the Hearing Date is necessary to comply with Civil L.R. 7-2(a).

**NOW, THEREFORE**, the Parties jointly stipulate, agree, and request that:

1. Defendant's Motion scheduled to be heard on June 6, 2024, is continued to June 27, 2024, or a date convenient for the Court.

2. The opposition and reply deadlines for the rescheduled Motion shall follow the new hearing date.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  May 8, 2024                        ADVOCATES FOR FAITH AND FREEDOM

/s/ Julianne Fleischer, Esq.
Julianne Fleischer
Attorney for Plaintiffs


**KAUFMAN DOLOWICH, LLP**
/s/ Aimee G. Hamoy
Aimee G. Hamoy
Attorney for Defendant SafeGraph

---

STIPULATION AND JOINT REQUEST TO CONTINUE THE HEARING DATE ON DEFENDANT SAFEGRAPH'S MOTION FOR RELIEF FROM ORDER OF STAY; [PROPOSED] ORDER

**Northern District of California L.R. 5-1(i)(3) Attestation**

I, Julianne Fleischer, attest that each of the other signatories to this document have concurred in the filing of this document.

/s/ Julianne Fleischer, Esq
Julianne Fleischer

---

STIPULATION AND JOINT REQUEST TO CONTINUE THE HEARING DATE ON DEFENDANT SAFEGRAPH'S MOTION FOR RELIEF FROM ORDER OF STAY; [PROPOSED] ORDER

<b><s>PROPOSED</s> ORDER</b>

**GOOD CAUSE APPEARING THEREFORE** and in accordance with the Stipulation of the Parties,

**IT IS HEREBY ORDERED THAT**:

1. The hearing on Defendant SafeGraph's Motion for Relief from Order of Stay is continued to <u>June 20, 2024</u>.

2. All opposition and reply deadlines are continued with the new Motion for Relief hearing date.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: <u>May 15, 2024</u>

_____
Hon. Vince Chhabria
United States District Court Judge

---

STIPULATION AND JOINT REQUEST TO CONTINUE THE HEARING DATE ON DEFENDANT SAFEGRAPH'S MOTION FOR RELIEF FROM ORDER OF STAY; <s>[PROPOSED]</s> ORDER