TONY LOPRESTI, County Counsel (S.B. #289269)
ROBIN M. WALL, Lead Deputy County Counsel (S.B. #235690)
XAVIER M. BRANDWAJN, Deputy County Counsel (S.B. #246218)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
xavier.brandwajn@cco.sccgov.org

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| CALVARY CHAPEL SAN JOSE; a California nonprofit corporation; PASTOR MIKE MCCLURE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SANTA CLARA COUNTY; SAFEGRAPH; and DANIEL E. HO;<br><br>Defendants. | No. 23CV04277 VC<br><br>**DEFENDANT COUNTY OF SANTA CLARA'S STATEMENT IN RESPONSE TO SAFEGRAPH, INC.'S MOTION FOR RELIEF FROM ORDER FOR STAY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)**<br><br>Date: June 20, 2024<br>Time: 10:00 a.m.<br>Judge: The Hon. Vince Chhabria<br>Courtroom: Courtroom 4 – 17th Floor |

On February 15, 2024, after hearing argument on the motions to dismiss filed by defendants County of Santa Clara ("County") and SafeGraph, Inc. ("SafeGraph"), this Court entered an order staying this case, pending plaintiffs Calvary Chapel San Jose's and Mike McClure's (collectively, "Calvary") appeal in the Ninth Circuit Court of Appeals of a *Younger* stay order entered by Judge Beth Labson Freeman in the earlier-filed case between Calvary and the County. ECF 57.

SafeGraph has now moved for an order lifting the stay in the present action as to Calvary's claims against it (hereinafter, the "Motion"). ECF 64. Because the relief sought by SafeGraph's Motion would *not* lift the stay as to Calvary's claims *against the County* (*or Professor Daniel Ho, who has not yet appeared*), the County does not take any position on the Motion but respectfully submits this short Statement in Response to assist the Court by reporting on certain developments.

1

First, the stay entered by this Court—"pending the appeal in *Calvary Chapel San Jose v. Cody*, No. 20-cv-3794-BLF (N.D. Cal.)"—is indisputably still in effect. ECF 57. On April 16, 2024, the Ninth Circuit issued a memorandum opinion affirming in all respects the *Younger* stay issued by Judge Freeman and dismissing—for lack of jurisdiction—Calvary's appeal of a particular ruling in an interlocutory order entered by Judge Freeman. County's Request for Judicial Notice, Ex. A.[1] Later that day, the County's attorneys asked counsel of record for Calvary and SafeGraph whether they agreed that extending this Court's stay to mirror the *Younger* stay would serve the interest of judicial economy. Calvary responded that it intended to seek a rehearing *en banc*, and on April 30, 2024, Calvary did file a petition for rehearing *en banc*. *Id.*, Ex. B. Therefore, Calvary's appeal is still "pending" within the meaning of the Court's February 15 stay order.

Second, the stay is likely to continue for several months. The Ninth Circuit will not order a rehearing without giving the County an opportunity to respond. *See* Ninth Circuit Rule 35-2. And no such response may be filed unless the Ninth Circuit orders one. Fed. R. App. P. 35(e). Further, the Ninth Circuit "has no time limit" on deciding a petition for rehearing, and it "may take a few months or longer" for such a decision to issue.[2] As of this filing, the Ninth Circuit has not taken any action on Calvary's petition. When the pending appeal is complete, the parties will inform the Court and propose case management solutions that make the most sense in view of the progress (at that later time) of the other legal proceedings involving Calvary and the County.

Dated: May 20, 2024

Respectfully submitted,

TONY LOPRESTI
COUNTY COUNSEL

By: */s/ Xavier M. Brandwajn*
XAVIER M. BRANDWAJN
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

3033184

---

[1] Although SafeGraph's Motion purports to attach the Ninth Circuit's decision, that exhibit appears to be missing from SafeGraph's papers.

[2] https://www.ca9.uscourts.gov/general/faq/ (at Question No. 19).