# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CALVARY CHAPEL SAN JOSE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SARA CODY, et al., <br><br> Defendants. | Case No. 20-cv-03794-BLF <br><br> **ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES** <br><br> [Re: ECF No. 299] |

Upon consideration of the parties' papers and the requirements of Civil Local Rule 3-12(a), the Court DENIES Plaintiff's Administrative Motion to Relate the above captioned case with *Calvary Chapel San Jose, et al. v. Santa Clara County, et al.*, No. 23-CV-04277-VC. ECF No. 299. The cases do not "concern substantially the same parties, property, transaction, or event," nor is there a danger of "unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil Local Rule 3-12(a).

**IT IS SO ORDERED.**

Dated: July 23, 2024

BETH LABSON FREEMAN
United States District Judge