Robert Tyler, Esq. CA Bar No. 179572
btyler@faith-freedom.com
Julianne Fleischer, Esq. CA Bar No. 337006
jfleischer@faith-freedom.com
ADVOCATES FOR FAITH & FREEDOM
25026 Las Brisas Road
Murrieta, California 92562
Telephone:  (951) 600-2733
Facsimile:   (951) 600-4996

Attorneys for Plaintiffs **Calvary Chapel San Jose and Pastor Mike McClure**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALVARY CHAPEL SAN JOSE**, a California Non-Profit Corporation; **PASTOR MIKE MCCLURE**, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>**SANTA CLARA COUNTY;** and **SAFEGRAPH;**<br><br>Defendants. | **Case** No.: 3:23-cv-04277-VC<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION** |

## STATEMENT OF RECENT DECISION

Pursuant to Northern District of California Civil Local Rule 7-3, attached hereto as Exhibit A is a true and correct copy of a recent, related Fifth Circuit decision, entered on August 9, 2024, in *United States v. Smith*, No. 23-60321, 2024 WL 3738050 (5th Cir. Aug. 9, 2024). Exhibit A is offered in support of Plaintiffs' Oppositions to Defendant SafeGraph's and Defendant Santa Clara County's Motions to Dismiss. *See* ECF Nos. 42-43.

Dated:  August 28, 2024

Respectfully submitted,

/s/ Julianne Fleischer
Julianne Fleischer
Attorney for Plaintiffs