UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVARY CHAPEL SAN JOSE, et al., <br> Plaintiff, <br> v. <br> SANTA CLARA COUNTY, et al., <br> Defendant. | Case No. 23-cv-04277-VC <br><br> **ORDER OF DISMISSAL** |

The Court was advised by Calvary Chapel and SafeGraph on August 29, 2024, that they reached a settlement in principle. Therefore, SafeGraph is dismissed from the case without prejudice, and its motion to lift the stay is denied as moot.

Calvary Chapel retains the right to move to reinstate SafeGraph as a defendant within 28 days of this Order if the settlement is not consummated. If a motion to reinstate SafeGraph is not filed and served within 28 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: August 29, 2024

VINCE CHHABRIA
United States District Judge