**KAUFMAN DOLOWICH, LLP**
Arthur Gaus (SBN 289560)
KAUFMAN DOLOWICH, LLP
425 California Street, Suite 2100
San Francisco, California 94104
Telephone: (415) 926-7600
Facsimile: (415) 926-7601
agaus@kaufmandolowich.com

Attorneys for Defendant
SAFEGRAPH, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVARY CHAPEL SAN JOSE, a California Non-Profit Corporation; **PASTOR MIKE MCCLURE**, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>**SANTA CLARA COUNTY; SAFEGRAPH; and DANIEL E. HO;**<br><br>Defendants. | Case No. 3:23-cv-04277-VC<br><br>**JOINT STIPULATION TO EXTEND PLAINTIFFS' TIME TO REINSTATE SAFEGRAPH AS A DEFENDANT**<br><br>Judge: Hon. Vince Chhabria |

Plaintiffs Calvary Chapel San Jose and Mike McClure ("Plaintiffs") and Defendant SafeGraph, Inc. ("SafeGraph"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on August 29, 2024, this Court entered an Order in the above-styled case, dismissing SafeGraph without prejudice, subject to a tentative settlement agreement reached by the Plaintiffs and SafeGraph;

WHEREAS, the Order provides that, unless Plaintiffs reinstate SafeGraph as a defendant within 28 days (September 26, 2024), the dismissal of SafeGraph without prejudice will automatically convert into a dismissal with prejudice;

WHEREAS, the Plaintiffs and SafeGraph have been discussing the terms of the tentative settlement agreement and require additional time to reach a final agreement;

WHEREAS, the Plaintiffs and SafeGraph agree that: (1) Plaintiffs' time to reinstate SafeGraph as a defendant to this action pursuant to this Court's Order be extended by four (4) days; and (2) if Plaintiffs do not reinstate SafeGraph as a defendant to this action by September 30, 2024, the dismissal of SafeGraph from this action without prejudice will automatically convert into a dismissal with prejudice.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1. Plaintiffs' time to reinstate SafeGraph as a defendant to this action pursuant to this Court's Order be extended by four (4) days; and

2. If Plaintiffs do not reinstate SafeGraph as a defendant to this action by September 30, 2024, the dismissal of SafeGraph from this action without prejudice will automatically convert into a dismissal with prejudice.

**IT IS SO STIPULATED AND AGREED.**

Dated: September 26, 2024             ADVOCATES FOR FAITH & FREEDOM

By:  */s/ Robert Tyler*
     Robert Tyler
     Attorney for Plaintiffs
     CALVARY CHAPEL SAN JOSE AND PASTOR MIKE MCCLURE

Dated: September 26, 2024             KAUFMAN DOLOWICH LLP

By:  */s/ Arthur Gaus*
     Arthur Gaus
     Attorney for Defendant SAFEGRAPH, INC.

**[PROPOSED] ORDER**

Pursuant to Plaintiffs Calvary Chapel San Jose and Mike McClure and Defendant SafeGraph, Inc.'s stipulation, IT IS HEREBY ORDERED that the September 26, 2024 deadline to reinstate SafeGraph as a defendant to this case is extended to September 30, 2024. If no Motion to reinstate SafeGraph as a defendant is filed by Plaintiffs, the dismissal without prejudice of SafeGraph will automatically convert into a dismissal with prejudice.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE VINCE CHHABRIA

### CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September 2025, I electronically filed the foregoing **JOINT STIPULATION TO EXTEND PLAINTIFFS' TIME TO REINSTATE SAFEGRAPH AS A DEFENDANT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bethany Dawn Onishenko
Julianne E Fleischer
Kelly Chang Rickert
Robert H Tyler
Advocates for Faith and Freedom
25026 Las Brisas Road
Murrieta, CA 92562
(951) 600-2733
Email: bonishenko@faith-freedom.com
Email: jfleischer@faith-freedom.com
Email: Kelly@purposedrivenlawyers.com
Email: btyler@faith-freedom.com

**Mariah Rose Gondeiro**
Gondeiro Law P.C.
325 South First Street
San Jose, CA 92562
951-473-5456
Email: mgondeiro@gondeirolaw.org

**Robin Michael Wall**
Xavier Mark Brandwajn
Office of the County Counsel
County of Santa Clara
70 West Hedding Street
East Wing, 9th Floor
San Jose, CA 95110
408-299-9033
Email: robin.wall@cco.sccgov.org
Email: xavier.brandwajn@cco.sccgov.org

1 | I also certify the document and a copy of the Notice of Electronic Filing was served via on
2 | the following non-CM/ECF participants:

                                        */s/ Sterling George*
                                        Sterling George