**KAUFMAN DOLOWICH, LLP**
Arthur Gaus (SBN 289560)
KAUFMAN DOLOWICH, LLP
425 California Street, Suite 2100
San Francisco, California 94104
Telephone:   (415) 926-7600
Facsimile:    (415) 926-7601
agaus@kaufmandolowich.com

Attorneys for Defendant
SAFEGRAPH, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALVARY CHAPEL SAN JOSE**, a California Non-Profit Corporation; **PASTOR MIKE MCCLURE**, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>**SANTA CLARA COUNTY; SAFEGRAPH; and DANIEL E. HO;**<br><br>Defendants. | Case No. 3:23-cv-04277-VC<br><br>**JOINT STIPULATION TO EXTEND PLAINTIFFS' TIME TO REINSTATE SAFEGRAPH AS A DEFENDANT**<br><br>Judge: Hon. Vince Chhabria |

Plaintiffs Calvary Chapel San Jose and Mike McClure ("Plaintiffs") and Defendant SafeGraph, Inc. ("SafeGraph"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on August 29, 2024, this Court entered an Order in the above-styled case, dismissing SafeGraph without prejudice, subject to a tentative settlement agreement reached by the Plaintiffs and SafeGraph;

WHEREAS, the Order provides that, unless Plaintiffs reinstate SafeGraph as a defendant within 28 days (September 26, 2024), the dismissal of SafeGraph without prejudice will automatically convert into a dismissal with prejudice;

WHEREAS, the Plaintiffs and SafeGraph have been discussing the terms of the tentative settlement agreement and require additional time to reach a final agreement;

WHEREAS, the Plaintiffs and SafeGraph agree that: (1) Plaintiffs' time to reinstate SafeGraph as a defendant to this action pursuant to this Court's Order be extended by four (4) days; and (2) if Plaintiffs do not reinstate SafeGraph as a defendant to this action by September 30, 2024, the dismissal of SafeGraph from this action without prejudice will automatically convert into a dismissal with prejudice.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1. Plaintiffs' time to reinstate SafeGraph as a defendant to this action pursuant to this Court's Order be extended by four (4) days; and

2. If Plaintiffs do not reinstate SafeGraph as a defendant to this action by September 30, 2024, the dismissal of SafeGraph from this action without prejudice will automatically convert into a dismissal with prejudice.

**IT IS SO STIPULATED AND AGREED.**

Dated: September 26, 2024          ADVOCATES FOR FAITH & FREEDOM

By: */s/ Robert Tyler*
Robert Tyler
Attorney for Plaintiffs
CALVARY CHAPEL SAN JOSE AND PASTOR MIKE MCCLURE

Dated: September 26, 2024          KAUFMAN DOLOWICH LLP

By: */s/ Arthur Gaus*
Arthur Gaus
Attorney for Defendant SAFEGRAPH, INC.

# ~~[PROPOSED]~~ ORDER

Pursuant to Plaintiffs Calvary Chapel San Jose and Mike McClure and Defendant SafeGraph, Inc.'s stipulation, IT IS HEREBY ORDERED that the September 26, 2024 deadline to reinstate SafeGraph as a defendant to this case is extended to September 30, 2024. If no Motion to reinstate SafeGraph as a defendant is filed by Plaintiffs, the dismissal without prejudice of SafeGraph will automatically convert into a dismissal with prejudice.

**IT IS SO ORDERED.**

Dated: September 27, 2024

_____
HONORABLE VINCE CHHABRIA